FILED

MAR 3 0 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| THE HUMANE SOCIETY OF <br> THE UNITED STATES <br> 2100 L Street, NW <br> Washington, DC 20037, <br><br> Plaintiff, <br><br> v. <br><br> AMAZON.COM, INC. <br> 1200 12th Avenue South <br> Suite 1200 <br> Seattle, WA 98144, <br><br> JOHN DOE d/b/a UNDERGROUND <br> PITBULL BREEDERS ASSOCIATION, <br><br> JOHN DOE d/b/a <br> STREETHEATDVD.COM, <br><br> MARBURGER PUBLISHING CO., INC. <br> d/b/a THE GAMECOCK <br> 210 Highway 45 North <br> Hartford, AR 72938, <br><br> DOWD PUBLISHERS d/b/a <br> THE FEATHERED WARRIOR <br> 1812 Hwy 70-71 East <br> DeQueen, AR 71832, <br><br> MAGAZINE EXPRESS, INC. <br> 5724 Highway 280 East <br> Birmingham, AL 35242, <br><br> JOHN DOES III-XX, <br><br> Defendants. | Case: 1:07-cv-00623 <br> Assigned To : Kollar-Kotelly, Colleen <br> Assign. Date : 3/30/2007 <br> Description: HUMANE SOCIETY V. AMAZON |

**AMAZON.COM, INC.'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

1

Certificate Required by LCvR 7.1 of the Local Rules of the United States District Court for the District of Columbia.

I, the undersigned, counsel of record for Amazon.com, Inc., certify that to the best of my knowledge and belief, Legg Mason Inc. and its affiliated funds own ten percent or more of Amazon.com, Inc.'s stock, but Amazon.com, Inc. has no publicly held parent corporation.

These representations are made in order that judges of this court may determine the need for recusal.

Attorneys of Record for Amazon.com, Inc.

Dated this 30th day of March, 2007.

        Respectfully submitted,

        DAVIS WRIGHT TREMAINE LLP

        */s/ Constance Pendleton*
        Laura R. Handman (D.C. Bar No. 444386)
        laurahandman@dwt.com
        Constance M. Pendleton (D.C. Bar No. 456919)
        conniependleton@dwt.com
        1500 K Street, N.W., Suite 450
        Washington, D.C. 20005-1272
        (202) 508-6600
        (202) 508-6699 (fax)

        Attorneys for Defendant Amazon.com, Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 30th day of March, 2007, a copy of the foregoing Amazon.com, Inc.'s Rule 7.1 Corporate Disclosure Statement was served electronically and via first class mail, postage pre-paid, on:

>Ethan Carson Eddy, Esq.
>Jonathan R. Lovvorn, Esq.
>The Humane Society of the United States
>2100 L Street, N.W.
>Washington, D.C. 20037
>
>*Counsel for Plaintiff The Humane Society of the United States*
>
>Stuart Philip Ross, Esq.
>Alexei M. Silverman, Esq.
>Ross, Dixon & Bell, LLP
>2001 K Street, N.W.
>Washington, D.C. 20006-1040
>
>*Of Counsel for Plaintiff The Humane Society of the United States*
>
>Donna M. Crowe, Esq.
>Bradley Arant Rose & White, LLP
>1133 Connecticut Avenue, N.W.
>12th Floor
>Washington, D.C. 20036
>
>*Counsel for Defendant Magazine Express Inc.*
>
>Michael Denniston, Esq.
>Bradley Arant Rose & White, LLP
>1819 Fifth Avenue North
>Birmingham, AL 35203
>
>*Of Counsel for Defendant Magazine Express Inc.*
>
>Dowd Publishers d/b/a The Feathered Warrior
>1812 Highway 70-71 East
>DeQueen, AR 71832

Ali A. Beydoun, Esq.
Carr Maloney P.C.
1615 L Street, N.W.
Washington, D.C. 20036

*Counsel for Marburger Publishing Co., Inc. d/b/a The Gamecock*

Barry Fisher, Esq.
Fleishman & Fischer
1875 Century Park East
Suite 2130
Los Angeles, CA 90067

*Of Counsel for Marburger Publishing Co., Inc. d/b/a The Gamecock*

John Doe d/b/a Underground Pitbull Breeders Association

John Doe d/b/a StreetheatDVD.com

                                       Constance M. Pendleton