IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

```
-----------------------------------------------------x
                                                     )
THE HUMANE SOCIETY OF                                )
THE UNITED STATES,                                   )
2100 L Street, N.W.                                  )
Washington, D.C. 20037                               )
                                                     )
                    Plaintiff,                       )
                                                     )
        v.                                           )        C.A. No. 1:07cv0623 (CKK)
                                                     )
AMAZON.COM, INC., ET AL.,                            )
1200 12th Avenue South                               )
Suite 1200                                           )
Seattle, WA 98144                                    )
                                                     )
                    Defendants.                      )
                                                     )
-----------------------------------------------------x
```

## MOTION TO EXTEND TIME TO ANSWER OR RESPOND
## AND POINTS AND AUTHORITIES IN SUPPORT

Defendants Marburger Publishing Co., Inc. d/b/a The Gamecock ("Marburger"), Dowd

Publishers d/b/a The Feathered Warrior ("Dowd"), Magazine Express, Inc. ("Magazine

Express") and Amazon.com, Inc. ("Amazon") (collectively, "Defendants"), move this Court for

an order further extending the time by which all Defendants must answer or otherwise respond to

the Complaint in the above-captioned action, in addition to the time prescribed by the Local

Rules and Federal Rules of Civil Procedure and the extension previously agreed to by the parties,

to and including May 4, 2007 so that later served Defendants may adequately prepare their

defense.  Defendants further move for an order extending the time by which HSUS must file and

serve its opposition, in the event Defendants move to dismiss the Complaint, in addition to the

time prescribed by the Local and Federal Rules and the extension previously agreed to by the

1

parties, to and including June 19, 2007. Finally, Defendants move for an order extending the time by which Defendants must file and serve their replies, in the event Defendants move to dismiss, to and including July 16, 2007.

## BACKGROUND

Amazon was served with the Summons and Complaint in this action by certified mail on February 28, 2007, received on March 5, 2007. Magazine Express was served with the Summons and Complaint by certified mail on February 28, 2007, received on March 5, 2007. Dowd was personally served with the Summons and Complaint on March 11, 2007. Marburger was served with the Summons and Complaint by personal service on March 14, 2007.

This case was removed from D.C. Superior Court to this Court on March 30, 2007. Before removal, HSUS and each defendant agreed to the following extensions of time: Defendants must answer or otherwise respond to the Complaint by April 19, 2007; HSUS must file and serve its opposition, in the event Defendants move to dismiss the Complaint, by June 4, 2007; Defendants must file and serve their replies, in the event Defendants move to dismiss, by June 29, 2007.

These agreements were memorialized by separate consent motions filed in D.C. Superior Court by each defendant. *See* Amazon's consent motion dated March 3, 2007, attached hereto as Ex. A; Magazine Express' consent motion dated March 26, 2007, attached hereto as Ex. B; Marburger's consent motion dated March 30, 2007, attached hereto as Ex. C, and Dowd's consent motion dated April 2, 2007, attached hereto as Ex. D.

## POINTS AND AUTHORITIES IN SUPPORT

Because Defendants Marburger and Dowd were served and retained counsel shortly before the deadline for all Defendants to remove and so that those defendants may adequately

prepare their defenses and that all papers may be filed and heard at the same time, Defendants

seek the further extension of time to answer or otherwise respond to the Complaint. Pursuant to

Local Rule 7(m), counsel for Defendants certify that counsel for Defendant Marburger conferred

with counsel for HSUS on behalf of all Defendants. HSUS is considering whether to agree to the

further extension, which would apply to all Defendants, but has not agreed as of the time of this

filing. In making this motion, Defendants do not waive, and instead preserve, any and all

defenses which they may later raise, including, but not limited to, whether personal jurisdiction

is lacking over any of the Defendants. Defendants agree that Plaintiff The Humane Society of

the United States ("HSUS") does not waive, but instead preserves, any and all arguments which

it may later raise, including, but not limited to, whether the Court has personal jurisdiction over

Defendants.

WHEREFORE, Defendants respectfully request the entry of an order extending the time

by which each undersigned Defendant must answer or otherwise respond to the Complaint and

the time by which the parties must file any oppositions and reply motions thereto.

Dated:  April 6, 2007

Respectfully submitted,

| | |
|---|---|
| /s/ Ali A. Beydoun | /s/ Robin W. Grover |
| Ali A. Beydoun, Esq. (D.C. Bar No. 475413) | Robin W. Grover (D.C. Bar No. 366865) |
| aab@carrmaloney.com | RGrover716@aol.com |
| CARR MALONEY P.C. | LAW OFFICE OF ROBIN W. GROVER |
| 1615 L Street, N.W., Suite 500 | 1747 Pennsylvania Avenue, N.W. |
| Washington, D.C. 20036 | Suite 1000 |
| (202) 310-5524 | Washington, D.C. 20006 |
| (202) 310-5555 fax | (202) 302-1653 |
| | |
| Of Counsel: | Attorney for Defendant Dowd Publishers |
| | d/b/a/ The Feathered Warrior |
| Barry Fisher, Esq. | |

| | |
|---|---|
| Bfisher557@aol.com<br>FLEISHMAN & FISHER<br>1875 Century Park East<br>Suite 2130<br>Los Angeles, CA 90067<br>(310) 557-1077<br>(310) 577-0770 fax<br><br>Attorneys for Defendant Marburger Publishing Co., Inc. d/b/a The Gamecock | |
|       /s/ Donna M. Crowe<br>Donna M. Crowe, Esq. (D.C. Bar No. 481946)<br>dcrowe@bradleyarant.com<br>BRADLEY ARANT ROSE & WHITE, LLP<br>1133 Connecticut Avenue, N.W.<br>12th Floor<br>Washington, D.C. 20036<br>(202) 719-8212<br>(202)-719-8312 fax<br><br>Of Counsel:<br><br>Michael Denniston, Esq.<br>mdenniston@bradleyarant.com<br>BRADLEY ARANT ROSE & WHITE, LLP<br>1819 Fifth Avenue North<br>Birmingham, AL 35203<br>(205) 521-8244<br>(205) 488-6244 fax<br><br>Attorneys for Defendant Magazine Express Inc. |      /s/ Constance M. Pendleton<br>Laura R. Handman (D.C. Bar No. 444386)<br>laurahandman@dwt.com<br>Constance M. Pendleton (D.C. Bar No. 456919)<br>conniependleton@dwt.com<br>DAVIS WRIGHT TREMAINE LLP<br>1919 Pennsylvania Avenue, N.W., Suite 200<br>Washington, D.C. 20006-3485<br>(202) 973-4200<br>(202) 973-4499 fax<br><br>Attorneys for Defendant Amazon.com, Inc. |

# CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of April 2007, I directed that true and correct copies of the foregoing Motion to Extend Time to Answer or Respond and Points and Authorities in Support and Proposed Order be served electronically and by first class-mail, postage pre-paid, upon the following:

> Ethan Carson Eddy
> Jonathan R. Lovvorn
> The Humane Society of the United States
> 2100 L Street, N.W.
> Washington, D.C. 20037
>
> *Counsel for Plaintiff The Humane Society of the United States*
>
> Stuart Philip Ross
> Alexei M. Silverman
> Ross, Dixon & Bell, LLP
> 2001 K Street, N.W.
> Washington, D.C. 20006-1040
>
> *Of Counsel for Plaintiff The Humane Society of the United States*
>
> Donna M. Crowe
> Bradley Arant Rose & White LLP
> 1133 Connecticut Avenue, N.W., 12th Floor
> Washington, D.C. 20036
>
> *Counsel for Defendant Magazine Express, Inc.*
>
> Michael S. Denniston
> Bradley Arant Rose & White LLP
> 1819 Fifth Avenue North
> Birmingham, AL 35213
>
> *Of Counsel for Defendant Magazine Express, Inc.*

Ali A. Beydoun
Carr Maloney P.C.
1615 L Street, N.W.
Suite 500
Washington, D.C. 20036

*Counsel for Defendant Marburger Publishing Co., Inc. d/b/a The Gamecock*

Barry Fisher, Esq.
Fleishman & Fisher
1875 Century Park East
Suite 2130
Los Angeles, CA 90067

*Of Counsel for Defendant Marburger Publishing Co., Inc. d/b/a The Gamecock*

Robin W. Grover
Law Office of Robin W. Grover
1747 Pennsylvania Avenue, N.W.
Suite 1000
Washington, D.C. 20006

*Counsel for Defendant Dowd Publishers d/b/a The Feathered Warrior*

John Doe d/b/a Underground Pitbull
Breeders Association

John Doe d/b/a StreetheatDVD.com


        /s/ Constance M. Pendleton
          Constance M. Pendleton

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

-------------------------------------------------------x
                                                        )
**THE HUMANE SOCIETY OF**                               )
**THE UNITED STATES,**                                  )
2100 L Street, N.W.                                     )
Washington, D.C. 20037                                  )
                                                        )
              Plaintiff,             )
                                                        )
      v.                                )     C.A. No. 1:07cv0623 (CKK)
                                                        )
**AMAZON.COM, INC., ET AL.,**                           )
1200 12th Avenue South                                )
Suite 1200                                              )
Seattle, WA 98144                                       )
                                                        )
              Defendants.            )
                                                        )
-------------------------------------------------------x

**MOTION TO EXTEND TIME TO ANSWER OR RESPOND
AND POINTS AND AUTHORITIES IN SUPPORT**

# EXHIBIT A

IN THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
Civil Division

```
-------------------------------------------------x
                                                  )
THE HUMANE SOCIETY OF                             )
THE UNITED STATES,                                )
2100 L Street, N.W.                               )
Washington, D.C. 20037                            )
                                                  )
                    Plaintiff,                    )
                                                  )
          v.                                      )
                                                  )
AMAZON.COM, INC., ET AL.,                         )
1200 12th Avenue South                            )
Suite 1200                                        )
Seattle, WA 98144                                 )
                                                  )
                    Defendants.                   )
                                                  )
-------------------------------------------------x
```

2007 CA 000925 B

Next Event: Initial Scheduling Conference
May 11, 2007 at 9:15 a.m.

Judge:  Hon. Mary A. Terrell

## CONSENT MOTION TO EXTEND TIME TO ANSWER OR RESPOND AND POINTS AND AUTHORITIES IN SUPPORT

Defendant Amazon.com, Inc. ("Amazon"), with the consent of plaintiff The Humane

Society of the United States ("HSUS"), moves this Court for an order extending the time by

which Amazon must answer or otherwise respond to the Complaint in the above-captioned

action for thirty (30) days in addition to the time prescribed by the D.C. Superior Court Rules of

Civil Procedure to and including April 19, 2007.

Amazon further moves, at the request of plaintiff HSUS, for an order extending the time

by which HSUS must file and serve its opposition, in the event Amazon moves to dismiss the

Complaint, for thirty (30) days in addition to the time prescribed the Rules to and including June

4, 2007.

1

Finally, Amazon, with the consent of HSUS, moves for an order extending the time by which Amazon must file and serve its reply, in the event Amazon moves to dismiss, to and including June 29, 2007.

HSUS and Amazon hereby agree that Amazon was served with the Summons and Complaint by certified mail on February 28, 2007, received on March 5, 2007.

Pursuant to D.C. R. Civ. P. 12-I(a), counsel for Amazon certifies that she has conferred with counsel for HSUS and has obtained HSUS's consent to the filing of the instant motion.

WHEREFORE, Amazon respectfully requests the entry of an order extending the time by which Amazon must answer or otherwise respond to the Complaint and the time by which the parties must file any oppositions and reply motions thereto.

Dated:   March 7, 2007

Respectfully submitted,

DAVIS WRIGHT TREMAINE LLP

_Constance M. Pendleton_

Laura R. Handman (D.C. Bar No. 444386)
laurahandman@dwt.com
Constance M. Pendleton (D.C. Bar No. 456919)
conniependleton@dwt.com
1500 K Street, N.W., Suite 450
Washington, D.C. 20005-1272
(202) 508-6600
(202) 508-6699 (fax)

Attorneys for Defendant Amazon.com, Inc.

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of March 2007, I directed that true and correct copies

of the foregoing Consent Motion to Extend Time to Answer or Respond and Points and

Authorities in Support and Proposed Order be served electronically and by first class-mail,

postage pre-paid, upon the following:

> Ethan Carson Eddy
> Jonathan R. Lovvorn
> The Humane Society of the United States
> 2100 L Street, N.W.
> Washington, D.C. 20037
>
> *Counsel for Plaintiff The Humane Society of the United States*
>
> Stuart Philip Ross
> Alexei M. Silverman
> Ross, Dixon & Bell, LLP
> 2001 K Street, N.W.
> Washington, D.C. 20006-1040
>
> *Of Counsel for Plaintiff The Humane Society of the United States*
>
> Magazine Express, Inc.
> 5724 Highway 280 East
> Birmingham, AL 35242
>
> Marburger Publishing Co., Inc.
> d/b/a The Gamecock
> 210 Highway 45 North
> Hartford, AR 72938
>
> Dowd Publishers d/b/a
> The Feathered Warrior
> 1812 Hwy 7-71 East
> DeQueen, AR 71832
>
> John Doe d/b/a Underground Pitbull
> Breeders Association

John Doe d/b/a StreetheatDVD.com

_Constance M. Pendleton_

Constance M. Pendleton

IN THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
Civil Division

```
-------------------------------------------------x
                                                  )
THE HUMANE SOCIETY OF                             )
THE UNITED STATES,                                )
2100 L Street, N.W.                               )
Washington, D.C. 20037                            )
                                                  )
              Plaintiff,                          )          2007 CA 000925 B
                                                  )
       v.                                         )          Next Event: Initial Scheduling Conference
                                                  )          May 11, 2007 at 9:15 a.m.
AMAZON.COM, INC., ET AL.,                          )
1200 12th Avenue South                            )          Judge: Hon. Mary A. Terrell
Suite 1200                                        )
Seattle, WA 98144                                 )
                                                  )
              Defendants.                         )
                                                  )
-------------------------------------------------x
```

**[PROPOSED] ORDER**

Upon consideration of the Consent Motion to Extend Time to Answer or Respond to the

Complaint in the above-captioned action, and Points and Authorities in Support, it is hereby

ORDERED that the Consent Motion is hereby GRANTED; it is

FURTHER ORDERED that defendant Amazon.com, Inc. ("Amazon") shall answer or

otherwise respond to the Complaint on or before April 19, 2007; it is

FURTHER ORDERED that, in the event Amazon moves to dismiss the Complaint,

plaintiff The Humane Society of the United States ("HSUS") shall file and serve any opposition

thereto on or before June 4, 2007; it is

FURTHER ORDERED that defendant Amazon shall file and serve any reply thereto on

or before June 29, 2007.

**SO ORDERED.**

1

Dated this ___ day of _____, 2007

_____
Hon. Mary A. Terrell
District of Columbia Superior Court Judge

Copies to:

Laura R. Handman
Constance M. Pendleton
Davis Wright Tremaine LLP
1500 K Street, N.W.
Suite 450
Washington, D.C. 20005

*Counsel for Defendant Amazon.com*

Magazine Express, Inc.
5724 Highway 280 East
Birmingham, AL 35242

Marburger Publishing Co., Inc.
d/b/a The Gamecock
210 Highway 45 North
Hartford, AR 72938

Dowd Publishers d/b/a
The Feathered Warrior
1812 Hwy 7-71 East
DeQueen, AR 71832

John Doe d/b/a Underground Pitbull
Breeders Association

John Doe d/b/a StreetheatDVD.com

*Defendants*

Ethan Carson Eddy
Jonathan R. Lovvorn
The Humane Society of the United States
2100 L Street, N.W.
Washington, D.C. 20037

*Counsel for Plaintiff The Humane Society of the United States*

Stuart Philip Ross
Alexei M. Silverman
Ross, Dixon & Bell, LLP
2001 K Street, N.W.
Washington, D.C. 20006-1040

*Of Counsel for Plaintiff The Humane Society of the United States*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

```
--------------------------------------------------x
                                                  )
THE HUMANE SOCIETY OF                             )
THE UNITED STATES,                                )
2100 L Street, N.W.                               )
Washington, D.C. 20037                            )
                                                  )
                    Plaintiff,                    )
                                                  )
          v.                                      )    C.A. No. 1:07cv0623 (CKK)
                                                  )
AMAZON.COM, INC., ET AL.,                         )
1200 12th Avenue South                            )
Suite 1200                                        )
Seattle, WA 98144                                 )
                                                  )
                    Defendants.                   )
                                                  )
--------------------------------------------------x
```

**MOTION TO EXTEND TIME TO ANSWER OR RESPOND
AND POINTS AND AUTHORITIES IN SUPPORT**

# EXHIBIT B

IN THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
Civil Division

```
----------------------------------------------------x
                                          )
THE HUMANE SOCIETY OF                     )
THE UNITED STATES,                        )
                                          )
                     Plaintiff,           )        2007 CA 000925 B
                                          )
           v.                             )        Next Event: Initial Scheduling Conference
                                          )        May 11, 2007 at 9:15 a.m.
AMAZON.COM, INC.,                         )
ET AL.,                                   )        Judge:  Hon. Mary A. Terrell
                                          )
                     Defendants.          )
                                          )
----------------------------------------------------x
```

## CONSENT MOTION TO EXTEND TIME TO ANSWER OR RESPOND AND POINTS AND AUTHORITIES IN SUPPORT

Defendant Magazine Express, Inc. ("Magazine Express"), with the consent of plaintiff The Humane Society of the United States ("HSUS"), moves this Court for an order extending the time by which Magazine Express must answer or otherwise respond to the Complaint in the above-captioned action for thirty (30) days in addition to the time prescribed by the D.C. Rules of Civil Procedure to and including April 19, 2007.

Magazine Express further moves, at the request of plaintiff HSUS, for an order extending the time by which HSUS must file and serve its opposition, in the event Magazine Express moves to dismiss the Complaint, for thirty (30) days in addition to the time prescribed the Rules to and including June 4, 2007.

Finally, Magazine Express, with the consent of HSUS, moves for an order extending the time by which Magazine Express must file and serve its reply, in the event Magazine Express moves to dismiss, to an including June 29, 2007.

1

HSUS and Magazine Express hereby agree that Magazine Express was served with the Summons and Complaint by certified mail on February 28, 2007, received on March 5, 2007.

Pursuant to D.C.R. Civ. P. 12-I(a), counsel for Magazine Express certifies that she has conferred with counsel for HSUS and has obtained HSUS's consent to the filing of the instant motion.

WHEREFORE, Magazine Express respectfully requests the entry of an order extending the time by which Magazine Express must answer or otherwise respond to the Complaint and the time by which the parties must file any oppositions and reply motions thereto.

Dated:   March 26, 2007

Respectfully submitted,

BRADLEY ARANT ROSE & WHITE LLP

By:   /s/ Donna M. Crowe
      Donna M. Crowe (D.C. Bar No. 481946)
      1133 Connecticut Avenue, N.W., 12th Floor
      Washington, D.C. 20036
      (202) 719-8212

*Attorneys for Defendant Magazine Express Inc.*

OF COUNSEL:

Michael S. Denniston
Bradley Arant Rose & White LLP
1819 Fifth Avenue North
Birmingham, AL  35213
(205) 521-8244

2

1/1562741.1

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of March 2007, I directed that true and correct copies of the foregoing Consent Motion to Extend Time to Answer or Respond and Points and Authorities in Support be served electronically and by first class-mail, postage pre-paid, upon the following:

> Ethan Carson Eddy
> Jonathan R. Lovvorn
> The Humane Society of the United States
> 2100 L Street, N.W.
> Washington, D.C. 20037
>
> *Counsel for Plaintiff The Humane Society of the United States*
>
> Stuart Philip Ross
> Alexei M. Silverman
> Ross, Dixon & Bell, LLP
> 2001 K Street, N.W.
> Washington, D.C. 20006-1040
>
> *Of Counsel for Plaintiff The Humane Society of the United States*
>
> Marburger Publishing Co., Inc.
> d/b/a The Gamecock
> 210 Highway 45 North
> Hartford, AR 72938
>
> Dowd Publishers d/b/a
> The Feathered Warrior
> 1812 Hwy 7-71 East
> DeQueen, AR 71832
>
> John Doe d/b/a Underground Pitbull
> Breeders Association
>
> John Doe d/b/a StreetheatDVD.com

>            __/s/  Donna M. Crowe_____
>            Donna M. Crowe

1/1562741.1

IN THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
Civil Division

```
---------------------------------------------------x
                                             )
THE HUMANE SOCIETY OF                        )
THE UNITED STATES,                           )
                                             )
                    Plaintiff,               )        2007 CA 000925 B
                                             )
         v.                                  )        Next Event: Initial Scheduling Conference
                                             )        May 11, 2007 at 9:15 a.m.
AMAZON.COM, INC.,                            )
ET AL.,                                      )        Judge:  Hon. Mary A. Terrell
                                             )
                    Defendants.              )
                                             )
---------------------------------------------------x
```

## [PROPOSED] ORDER

Upon consideration of the Consent Motion to Extend Time to Answer or Respond to the

Complaint in the above-captioned action, and Points and Authorities in Support, it is hereby

ORDERED that the Consent Motion is hereby GRANTED; it is further

ORDERED that defendant Magazine Express, Inc. ("Magazine Express") shall answer or

otherwise respond to the Complaint on or before April 19, 2007; it is further

ORDERED that, in the event Magazine Express moves to dismiss the Complaint,

plaintiff The Humane Society of the United States ("HSUS") shall file and serve any opposition

thereto on or before June 4, 2007; it is further

ORDERED that defendant Magazine Express shall file and serve any reply thereto on or

before June 29, 2007.

**SO ORDERED.**

Dated this ___ day of _____, 2007

1

Hon. Mary A. Terrell
District of Columbia Superior Court Judge

Copies to:

Laura R. Handman
Constance M. Pendleton
Davis Wright Tremaine LLP
1500 K Street, N.W.
Suite 450
Washington, D.C. 20005

*Counsel for Defendant Amazon.com*

Donna M. Crowe
Bradley Arant Rose & White LLP
1133 Connecticut Avenue, N.W., 12th Floor
Washington, D.C. 20036
(202) 719-8212

Michael S. Denniston
Bradley Arant Rose & White LLP
1819 Fifth Avenue North
Birmingham, Alabama 35213
(205) 521-8244

*Counsel for Magazine Express, Inc.*

Marburger Publishing Co., Inc.
d/b/a The Gamecock
210 Highway 45 North
Hartford, AR 72938

Dowd Publishers d/b/a
The Feathered Warrior
1812 Hwy 7-71 East
DeQueen, AR 71832

John Doe d/b/a Underground Pitbull
Breeders Association

John Doe d/b/a StreetheatDVD.com

*Defendants*

2

Ethan Carson Eddy
Jonathan R. Lovvorn
The Humane Society of the United States
2100 L Street, N.W.
Washington, D.C. 20037

*Counsel for Plaintiff The Humane Society of
the United States*

Stuart Philip Ross
Alexei M. Silverman
Ross, Dixon & Bell, LLP
2001 K Street, N.W.
Washington, D.C. 20006-1040

*Of Counsel for Plaintiff The Humane Society of
the United States*

3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

-------------------------------------------------------x
                        )

| | |
|---|---|
| **THE HUMANE SOCIETY OF** ) | |
| **THE UNITED STATES,** ) | |
| 2100 L Street, N.W. ) | |
| Washington, D.C. 20037 ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 1:07cv0623 (CKK) |
| ) | |
| **AMAZON.COM, INC., ET AL.,** ) | |
| 1200 12th Avenue South ) | |
| Suite 1200 ) | |
| Seattle, WA 98144 ) | |
| ) | |
| Defendants. ) | |
| ) | |

-------------------------------------------------------x

**MOTION TO EXTEND TIME TO ANSWER OR RESPOND
AND POINTS AND AUTHORITIES IN SUPPORT**

# EXHIBIT C

IN THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
CIVIL DIVISION

THE HUMANE SOCIETY OF THE  :
UNITED STATES       :
            :
    Plaintiff     :
            :
  vs.         :  Civil No. 2007 CA 000925 B
            :  Next Event:  Scheduling Conference
AMAZON.COM., INC., *ET AL.*,  :  May 11, 2007 @ 9:15 a.m.
          :
            :  Judge Hon. Mary A. Terrell
    Defendants   :

**CONSENT MOTION TO EXTEND TIME TO ANSWER OR RESPOND
AND POINTS AND AUTHORITIES IN SUPPORT**

Defendant Marburger Publishing Co., Inc. ("Marburger"), with the consent of
Plaintiff, The Humane Society of the United States ("HSUS"), moves this Court for an
order extending the time by which Marburger must answer or otherwise respond to the
Complaint in the above-captioned action, in addition to the time prescribed by the D.C.
Superior Court Rules of Civil Procedure to and including April 19, 2007.

Marburger further moves, at the request of Plaintiff HSUS, for an order extending
the time by which HSUS must file and serve its opposition, in the event Marburger
moves to dismiss the Complaint, in addition to the time prescribed by the Rules to and
including June 4, 2007.

Finally, Marburger, with the consent of HSUS, moves for an order extending the
time by which Marburger must file and serve its reply, in the event Marburger moves to
dismiss, to and including June 29, 2007.

HSUS and Marburger hereby agree that Marburger was served with the Summons
and Complaint by personal service on March 14, 2007.

Pursuant to D.C.R. Civ. P. 12-I(a), counsel for Marburger certifies that he has conferred with counsel for HSUS and has obtained HSUS' consent to the filing of the instant motion.

Plaintiff HSUS agrees that in making this motion Defendant Marburger does not waive, and instead preserves, any and all defenses which it may later raise, including, but not limited to, whether personal jurisdiction is lacking over Defendant Marburger. Defendant Marburger agrees that Plaintiff HSUS, by consenting to Defendant Marburger's appearance for the purposes of making this motion, does not waive, and instead preserves, any and all arguments which it may later raise, including, but not limited to, whether the Court has personal jurisdiction over Defendant Marburger.

WHEREFORE, Marburger respectfully requests the entry of an order extending the time by which Marburger must answer or otherwise respond to the Complaint and the time by which the parties must file any oppositions and reply motions thereto.

Respectfully submitted,

CARR MALONEY P.C.


/s/ Ali A. Beydoun
Ali A. Beydoun #475413
1615 L Street, N.W.
Suite 500
Washington, D.C.  20036
202-310-5500
202-310-5555 - fax
aab@carrmaloney.com
Attorney for Defendant
Marburger Publishing Co., Inc.

<u>**CERTIFICATE OF SERVICE**</u>

I HEREBY CERTIFY that a copy of the foregoing was served electronically, this 30th day of March, 2007 to:

Ethan Carson Eddy
Jonathan R. Lovvorn
The Humane Society of the United States
2100 L Street, N.W.
Washington, D.C.  20037

Stuart Philip Ross
Alexei M. Silverman
Ross, Dixon & Bell, LLP
2001 K Street, N.W.
Washington, D.C. 20006

Donna M. Crowe
Bradley Arant Rose & White LLP
1133 Connecticut Avenue, N.W., 12th Floor
Washington, D.C. 20036

Michael S. Denniston
Bradley Arant Rose & White LLP
1819 Fifth Avenue North
Birmingham, Alabama 35213

Constance M. Pendleton
1500 K Street, N.W.
Suite 450
Washington, D.C.  20005

Dowd Publishers d/b/a
The Feathered Warrior
1812 Hwy 7-71 East
DeQueen, AR  71832

Mark Pollot, Esquire
mpollot@cableone.net

John Doe d/b/a Underground Pitbull
Breeders Association

John Doe d/b/a StreetheatDVD.com

/s/ Ali A. Beydoun_____
Ali A. Beydoun

4

IN THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
CIVIL DIVISION

THE HUMANE SOCIETY OF THE  :
UNITED STATES       :
            :
    Plaintiff      :
            :
  vs.         :   Civil No. 2007 CA 000925 B
            :
AMAZON.COM, INC., *ET AL.*   :
              :
    Defendants    :

## ORDER

Upon consideration of the Consent Motion to Extend Time to Answer or Respond to the Complaint in the above-captioned action, and Points and Authorities in Support, it is this _____ day of _____, 2007, hereby

ORDERED that the Consent Motion is hereby GRANTED; it is

FURTHER ORDERED that Defendant Marburger Publishing Co., Inc. ("Marburger") shall answer or otherwise respond to the Complaint on or before April 19, 2007; it is

FURTHER ORDERED that, in the event Marburger moves to dismiss the Complaint, Plaintiff The Humane Society of the United States ("HSUS") shall file and serve any opposition thereto on or before June 4, 2007; it is

FURTHER ORDERED that Defendant Marburger shall file and serve any reply thereto on or before June 29, 2007.

SO ORDERED.

_____
Honorable Mary A. Terrell

Copies to:

Ali A. Beydoun
Carr Maloney P.C.
1615 L Street, N.W.
Suite 500
Washington, D.C. 20036

Ethan Carson Eddy
Jonathan R. Lovvorn
The Humane Society of the United States
2100 L Street, N.W.
Washington, D.C. 20037

Stuart Philip Ross
Alexei M. Silverman
Ross, Dixon & Bell, LLP
2001 K Street, N.W.
Washington, D.C. 20006

Donna M. Crowe
Bradley Arant Rose & White LLP
1133 Connecticut Avenue, N.W., 12th Floor
Washington, D.C. 20036

Michael S. Denniston
Bradley Arant Rose & White LLP
1819 Fifth Avenue North
Birmingham, Alabama 35213

Constance M. Pendleton
1500 K Street, N.W.
Suite 450
Washington, D.C. 20005

Dowd Publishers d/b/a
The Feathered Warrior
1812 Hwy 7-71 East
DeQueen, AR 71832

Mark Pollot
mpollot@cableone.net

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

```
------------------------------------------------------x
                                            )
THE HUMANE SOCIETY OF                       )
THE UNITED STATES,                          )
2100 L Street, N.W.                         )
Washington, D.C. 20037                      )
                                            )
                  Plaintiff,                )
                                            )
        v.                                  )        C.A. No. 1:07cv0623 (CKK)
                                            )
AMAZON.COM, INC., ET AL.,                   )
1200 12th Avenue South                      )
Suite 1200                                  )
Seattle, WA 98144                           )
                                            )
                  Defendants.               )
                                            )
------------------------------------------------------x
```

**MOTION TO EXTEND TIME TO ANSWER OR RESPOND
AND POINTS AND AUTHORITIES IN SUPPORT**

# EXHIBIT D

IN THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
Civil Division

```
------------------------------------------------------x
                                           )
THE HUMANE SOCIETY OF                      )
THE UNITED STATES,                         )
                                           )
              Plaintiff,                   )      2007 CA 000925 B
                                           )
       v.                                  )      Next Event: Initial Scheduling Conference
                                           )      May 11, 2007 at 9:15 a.m.
AMAZON.COM, INC.,                          )
ET AL.,                                    )      Judge:  Hon. Mary A. Terrell
                                           )
              Defendants.                  )
                                           )
------------------------------------------------------x
```

## CONSENT MOTION TO EXTEND TIME TO ANSWER OR RESPOND
## AND POINTS AND AUTHORITIES IN SUPPORT

COMES NOW Defendant Dowd Publishers ("Dowd"), with the consent of Plaintiff The

Humane Society of the United States ("HSUS"), and moves this Court for an order extending the

time by which Dowd must answer or otherwise respond to the Complaint in the above-captioned

action as prescribed by the D.C. Superior Court Rules of Civil Procedure to and including April

19, 2007.

Dowd further moves, at the request of plaintiff HSUS, for an order extending the time by

which HSUS must file and serve its opposition, in the event Dowd moves to dismiss the

Complaint, for thirty (30) days in addition to the time prescribed the Rules to and including June

4, 2007.

Finally, Dowd, with the consent of HSUS, moves for an order extending the time by

which Dowd must file and serve its reply, in the event Dowd moves to dismiss, to and including

June 29, 2007.  A consent motion requesting an extension to the same dates has previously been filed with this Court by Defendant Amazon.com ("Amazon").

HSUS and Dowd hereby agree that Dowd was personally served with the Summons and Complaint on Sunday, March 11, 2007.

Pursuant to SCR Civil 12-I(a), Counsel for Dowd certifies that his representative Mark Pollot, Esq. conferred with counsel for HSUS and has obtained HSUS's consent to the filing of the instant motion.  Counsel for Dowd will shortly be filing a motion with this Court seeking admission of Mark Pollot *pro hac vice.*

WHEREFORE, Dowd respectfully requests the entry of an order extending the time by which Dowd must answer or otherwise respond to the Complaint and the time by which the parties must file any oppositions and reply motions thereto.

Dated:   April 2, 2007

Respectfully submitted,

_____
/s/ Robin W. Grover

Robin W. Grover
D.C. Bar No. 366865
Law Office of Robin W. Grover
1747 Pennsylvania Avenue, N.W.
Suite 1000
Washington, D.C.    20006
Tel. No. (202) 302-1653
Email Address: RGrover716@aol.com

Attorney for Defendant Dowd Publishers

IN THE SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA
Civil Division

|  |  |  |
|---|---|---|
| THE HUMANE SOCIETY OF THE UNITED STATES, | ) ) ) ) | 2007 CA: 000925 B |
| Plaintiff, | ) ) ) | Next Event: Initial Scheduling Conference |
| v. | ) ) | May 11, 2007 at 9:15 a.m. |
| AMAZON.COM, INC., ET AL., | ) ) ) | Judge: Hon. Mary A. Terrell |
| Defendants. | ) ) ) ) |  |

**(PROPOSED) ORDER**

Upon consideration of Dowd Publishers' Consent Motion for Extension of Time to Answer or Respond to the Complaint in the above-captioned action, and Points and Authorities in Support Thereof, it is hereby:

ORDERED that the Consent Motion be and is GRANTED; it is further:

ORDERED that defendants Dowd Publishers ("Dowd") shall answer or otherwise respond to the Complaint on or before April 19, 2007; it is further:

ORDERED that in the event Dowd move to dismiss the Complaint, Plaintiff The Humane Society of the United States ("HSUS") shall file and serve an opposition thereto on or before June 4, 2007; it is further:

ORDERED that Defendant Dowd shall file and serve any reply thereto on or before

June 29, 2007.

SO ORDERED:

Dated This _____ day of April, 2007

_____
Hon. Mary A. Terrell
District of Columbia Superior Court Judge

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of April 2007, I arranged that true and correct copies of the foregoing Consent Motion to Extend Time to Answer or Respond and Points and Authorities in Support and accompanying Proposed Order be served electronically upon the following:

Hon. Mary A. Terrell
District of Columbia Superior Court Judge
JudgeTerrelleserve@dcsc.gov

Ethan Carson Eddy
Jonathan R. Lovvorn
The Humane Society of the United States
2100 L Street, N.W.
Washington, D.C. 20037

*Counsel for Plaintiff The Humane Society of
the United States*

Stuart Philip Ross
Alexei M. Silverman
Ross, Dixon & Bell, LLP
2001 K Street, N.W.
Washington, D.C. 20006-1040

*Of Counsel for Plaintiff The Humane Society of
the United States*

Magazine Express, Inc.
5724 Highway 280 East
Birmingham, AL 35242

Marburger Publishing Co., Inc.
d/b/a The Gamecock
210 Highway 45 North
Hartford, AR 72938

Laura R. Handman
Constance M. Pendelton
1500 K Street, N.W., Suite 450
Washington, D.C.   20005-1272

John Doe d/b/a Underground Pitbull
Breeders Association

John Doe d/b/a StreetheatDVD.com

/s/ Robin W. Grover

Robin W. Grover
D.C. Bar No. 366865
Law Office of Robin W. Grover
1747 Pennsylvania Avenue, N.W.
Suite 1000
Washington, D.C.  20006
Tel. No. 202-302-1654
Email: RGrover716@aol.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

-------------------------------------------------x
                                               )

**THE HUMANE SOCIETY OF**     )
**THE UNITED STATES,**         )
2100 L Street, N.W.               )
Washington, D.C. 20037       )
                                        )
          Plaintiff,        )
                                        )
         v.              )     C.A. No. 1:07cv0623 (CKK)
                                        )

**AMAZON.COM, INC., ET AL.,**  )
1200 12th Avenue South       )
Suite 1200                     )
Seattle, WA 98144          )
                                        )
         Defendants.     )
                                        )
-------------------------------------------------x

## [PROPOSED] ORDER

Upon consideration of the Motion to Extend Time to Answer or Respond to the

Complaint in the above-captioned action, and Points and Authorities in Support, it is hereby

ORDERED that the Motion is hereby GRANTED; it is

FURTHER ORDERED that Defendants Marburger Publishing Co., Inc. d/b/a The

Gamecock ("Marburger"), Dowd Publishers d/b/a The Feathered Warrior ("Dowd"), Magazine

Express, Inc. ("Magazine Express"), and Amazon.com, Inc. ("Amazon") (collectively,

"Defendants") shall answer or otherwise respond to the Complaint on or before May 4, 2007; it

is

FURTHER ORDERED that, in the event Defendants move to dismiss the Complaint,

plaintiff The Humane Society of the United States ("HSUS") shall file and serve any opposition

thereto on or before June 19, 2007; it is

FURTHER ORDERED that all Defendants shall file and serve any replies thereto on or

before July 16, 2007.

**SO ORDERED.**

Dated this ___ day of _____, 2007

                                         _____
                                         HON. COLLEEN KOLLAR-KOTELLY
                                         United States District Court Judge

Copies to:

Laura R. Handman
Constance M. Pendleton
Davis Wright Tremaine LLP
1919 Pennsylvania Avenue, N.W.
Suite 200
Washington, D.C. 20006

*Counsel for Defendant Amazon.com*

Donna M. Crowe
Bradley Arant Rose & White LLP
1133 Connecticut Avenue, N.W., 12th Floor
Washington, D.C. 20036

*Counsel for Defendant Magazine Express, Inc.*

Michael S. Denniston
Bradley Arant Rose & White LLP
1819 Fifth Avenue North
Birmingham, AL 35213

*Of Counsel for Defendant Magazine Express, Inc.*

Robin W. Grover
Law Office of Robin W. Grover

1747 Pennsylvania Avenue, N.W.
Suite 1000
Washington, D.C. 20006

*Counsel for Defendant Dowd Publishers d/b/a The Feathered Warrior*

Ali A. Beydoun
Carr Maloney P.C.
1615 L Street, N.W.
Suite 500
Washington, D.C. 20036

*Counsel for Defendant Marburger Publishing Co., Inc. d/b/a The Gamecock*

Barry Fisher
Fleishman & Fisher
1875 Century Park East
Suite 2130
Los Angeles, CA 90067

*Of Counsel for Defendant Marburger Publishing Co., Inc. d/b/a The Gamecock*

John Doe d/b/a Underground Pitbull
Breeders Association

John Doe d/b/a StreetheatDVD.com

*Defendants*

Ethan Carson Eddy
Jonathan R. Lovvorn
The Humane Society of the United States
2100 L Street, N.W.
Washington, D.C. 20037

*Counsel for Plaintiff The Humane Society of the United States*

Stuart Philip Ross
Alexei M. Silverman
Ross, Dixon & Bell, LLP
2001 K Street, N.W.
Washington, D.C. 20006-1040

*Of Counsel for Plaintiff The Humane Society of the United States*