IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **THE HUMANE SOCIETY OF THE UNITED STATES,** | ) ) ) ) | |
| Plaintiff, | ) ) | Civ. No. 07-623 (CKK) |
| v. | ) ) ) | |
| **AMAZON.COM, INC., ET AL.,** | ) ) ) | |
| Defendants. | ) ) | |

### PLAINTIFF'S NOTICE OF CONSENT TO DEFENDANTS' MOTION TO EXTEND TIME TO ANSWER OR RESPOND

Plaintiff The Humane Society of the United States ("HSUS") hereby notifies the Court and the Defendants of its consent to Defendants' Motion to Extend Time or Respond, filed on April 6, 2007, by which Defendants would answer or otherwise respond to the Complaint on or before May 4, 2007; and, in the event Defendants moved to dismiss the Complaint by or on that date, Plaintiff would file any opposition on or before June 19, 2007; and Defendants would file any replies thereto on or before July 16, 2007. In consenting to Defendants' motion, Plaintiff does not waive, but instead preserves, any and all arguments it may later raise, including its right to object to removal of this matter from the District of Columbia Superior Court to this Court.

April 9, 2007                                      Respectfully submitted,

                                                   ___/s/_____
                                                   Ethan Carson Eddy (D.C. Bar No. 496406)
*Of Counsel:*                                      Jonathan R. Lovvorn (D.C. Bar No. 461163)
                                                   THE HUMANE SOCIETY OF THE UNITED STATES
Stuart Philip Ross                                 2100 L Street, N.W.
ROSS, DIXON & BELL, LLP                            Washington, D.C. 20037
2001 K Street, N.W.                                (202) 676-2329
Washington, D.C. 20006                             (202) 778-6132 (fax)
(202) 662-2000                                     eeddy@hsus.org

**CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of April 2007, I directed that true and correct copies of the foregoing Notice of Consent to Defendants' Motion to Extend Time to Answer or Respond be served electronically to all counsel who receive filings through the Court's electronic filing system, and by first class-mail postage pre-paid upon all others, as follows:

Laura R. Handman
Constance M. Pendleton
Davis Wright Tremaine LLP
1500 K Street, N.W., Suite 450
Washington, D.C. 20005-1272

*Attorneys for Defendant Amazon.com, Inc.*

Donna M. Crowe
Bradley Arant Rose & White LLP
1133 Connecticut Avenue, N.W., 12th Floor
Washington, D.C. 20036

*Attorney for Defendant Magazine Express, Inc.*

Ali A. Beydoun
Carr Maloney P.C.
1615 L Street, N.W., Suite 500
Washington, D.C. 20036

*Attorney for Defendant Marburger Publishing Co., Inc.*

Robin W. Grover
Law Office of Robin W. Grover
1747 Pennsylvania Avenue, N.W., Suite 1000
Washington, D.C. 20006

*Attorney for Defendant Dowd Publishers*

John Doe d/b/a Underground Pitbull Breeders Association

John Doe d/b/a StreetheatDVD.com


__/s/_____
Ethan Carson Eddy

2