IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **THE HUMANE SOCIETY OF THE UNITED STATES,** ) ) ) ) Plaintiff, ) ) v. ) ) **AMAZON.COM, INC., ET AL.,** ) ) Defendants. ) ) | Civ. No. 07-623 (CKK) |

### AFFIDAVIT OF SERVICE AS TO DEFENDANT AMAZON.COM, INC.

I hereby declare that the Summons and Complaint filed in the Superior Court of the District of Columbia on February 8, 2007 in the matter *The Humane Society of the United States v. Amazon.com, Inc., et al.*, Civ. No. 2007-CA-000925-B was served on Defendant Amazon by certified mail on February 28, 2007, with return receipt dated March 5, 2007. Receipts verifying this information are attached as Exhibit A. Defendants filed their Notice of Removal prior to Plaintiff's filing of this Affidavit of Service in the Superior Court of the District of Columbia.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

April 9, 2007                                                      Respectfully submitted,

                                                                   ___/s/_____
                                                                   Ethan Carson Eddy (D.C. Bar No. 496406)
*Of Counsel:*                                                       Jonathan R. Lovvorn (D.C. Bar No. 461163)
                                                                   THE HUMANE SOCIETY OF THE UNITED STATES
Stuart Philip Ross                                                  2100 L Street, N.W.
ROSS, DIXON & BELL, LLP                                             Washington, D.C. 20037
2001 K Street, N.W.                                                 (202) 676-2329
Washington, D.C. 20006                                              (202) 778-6132 (fax)
(202) 662-2000                                                      eeddy@hsus.org

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of April 2007, I directed that true and correct copies of the foregoing Affidavit of Service as to Defendant Amazon.com, Inc. be served electronically to all counsel who receive filings through the Court's electronic filing system, and by first class-mail postage pre-paid upon all others, as follows:

> Laura R. Handman
> Constance M. Pendleton
> Davis Wright Tremaine LLP
> 1500 K Street, N.W., Suite 450
> Washington, D.C. 20005-1272
>
> *Attorneys for Defendant Amazon.com, Inc.*
>
> Donna M. Crowe
> Bradley Arant Rose & White LLP
> 1133 Connecticut Avenue, N.W., 12th Floor
> Washington, D.C. 20036
>
> *Attorney for Defendant Magazine Express, Inc.*
>
> Ali A. Beydoun
> Carr Maloney P.C.
> 1615 L Street, N.W., Suite 500
> Washington, D.C. 20036
>
> *Attorney for Defendant Marburger Publishing Co., Inc.*
>
> Robin W. Grover
> Law Office of Robin W. Grover
> 1747 Pennsylvania Avenue, N.W., Suite 1000
> Washington, D.C. 20006
>
> *Attorney for Defendant Dowd Publishers*
>
> John Doe d/b/a Underground Pitbull Breeders Association
>
> John Doe d/b/a StreetheatDVD.com
>
> __/s/_____
> Ethan Carson Eddy

2

# Exhibit A to Plaintiff's Affidavit of Service as to Defendant Amazon.com, Inc.

# Civ. No. 07-0623 (CKK)

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Laura R. Handman, Esq.
   Davis Wright Tremaine
   Suite 450
   1500 K St. NW
   Washington DC 20005-1272

2. Article Number
   (Transfer from service label)

   7006 0810 0006 5850 1319

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X [signature]
   ☐ Agent
   ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
                                  3-5-07

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes



Attn: Ethan Eddy
THE HUMANE SOCIETY OF THE UNITED STATES
2100 L STREET, NW
WASHINGTON, DC 20037

UNITED STATES POSTAL SERVICE

• Sender: Please print your name, address, and ZIP+4 in this box •

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10