IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| THE HUMANE SOCIETY OF THE UNITED STATES, ) ) ) ) | ) |
| Plaintiff, ) | Civ. No. 07-623 (CKK) |
| v. ) | |
| AMAZON.COM, INC., ET AL., ) | |
| Defendants. ) | |

**AFFIDAVIT OF SERVICE AS TO DEFENDANT
<u>MARBURGER PUBLISHING CO., INC.</u>**

I hereby declare that the Summons and Complaint filed in the Superior Court of the District of Columbia on February 8, 2007 in the matter *The Humane Society of the United States v. Amazon.com, Inc., et al.*, Civ. No. 2007-CA-000925-B was served on Defendant Marburger Publishing Co., Inc. by personal service on March 14, 2007. The Affidavit of Service by Process Server is attached as Exhibit A. Defendants filed their Notice of Removal prior to Plaintiff's filing of this Affidavit of Service in the Superior Court of the District of Columbia.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

April 9, 2007                               Respectfully submitted,

                                            ___/s/_____
                                            Ethan Carson Eddy (D.C. Bar No. 496406)
*Of Counsel:*                               Jonathan R. Lovvorn (D.C. Bar No. 461163)
                                            THE HUMANE SOCIETY OF THE UNITED STATES
Stuart Philip Ross                          2100 L Street, N.W.
ROSS, DIXON & BELL, LLP                     Washington, D.C. 20037
2001 K Street, N.W.                         (202) 676-2329
Washington, D.C. 20006                      (202) 778-6132 (fax)
(202) 662-2000                              eeddy@hsus.org

**CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of April 2007, I directed that true and correct copies of the foregoing Affidavit of Service as to Defendant Marburger Publishing Co., Inc. be served electronically to all counsel who receive filings through the Court's electronic filing system, and by first class-mail postage pre-paid upon all others, as follows:

Laura R. Handman
Constance M. Pendleton
Davis Wright Tremaine LLP
1500 K Street, N.W., Suite 450
Washington, D.C. 20005-1272

*Attorneys for Defendant Amazon.com, Inc.*

Donna M. Crowe
Bradley Arant Rose & White LLP
1133 Connecticut Avenue, N.W., 12th Floor
Washington, D.C. 20036

*Attorney for Defendant Magazine Express, Inc.*

Ali A. Beydoun
Carr Maloney P.C.
1615 L Street, N.W., Suite 500
Washington, D.C. 20036

*Attorney for Defendant Marburger Publishing Co., Inc.*

Robin W. Grover
Law Office of Robin W. Grover
1747 Pennsylvania Avenue, N.W., Suite 1000
Washington, D.C. 20006

*Attorney for Defendant Dowd Publishers*

John Doe d/b/a Underground Pitbull Breeders Association

John Doe d/b/a StreetheatDVD.com

__/s/_____
Ethan Carson Eddy

# Exhibit A to Plaintiff's Affidavit of Service as to Defendant Marburger Publishing Co., Inc.

# Civ. No. 07-0623 (CKK)

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

CIVIL DIVISION

Plaintiff(s) )
Humane Society of the United States )
vs. ) Civil Action No. 00925-07
Marburger Publishing Co., Inc. )
)
Defendant(s) )

### AFFIDAVIT OF SERVICE BY PROCESS SERVER

I, John A. Dutton Sr, having been duly authorized to make service of the Summons, Complaint and Initial Order in the above entitled case, hereby depose and say:

That my age and date of birth are as follows: 54 / July 1952

That my residential or business address is: 5100 South 2nd Suite 2510 Ft Smith AR

That at 10:50 A o'clock am/pm on the 14 day of March 2007

(☒) I served the above named defendant(s) (personally) J.C. Griffiths (defendant's name) a copy of the Summons, Complaint and Initial Order at 210 Hwy 45 North Hartford Arkansas

(☐) I served the above named defendant (s) _____ (defendant's name) by leaving a copy of the Summons, Complaint and Initial Order at his/her place of abode or business at _____

with _____ a person of approximately _____ years of age, who stated that he/she resides therein with the defendant.

If return receipt does not purport to be signed by the party named in the Summons, then state specific facts from which the Courts can determine that the person who signed the receipt meets the appropriate qualifications for receipt of process as required by SCR. Civ. 4 (e) (2).

**SPECIFIC FACTS:**

_John A. Dutton_
Signature

Subscribed and sworn to before me this 15 day of March, 2007

_C. F. Carter_
Deputy Clerk/Notary Public

C. F. Carter
Notary Public-State of Arkansas
Sebastian County
My Commission Expires 6-16-2014