IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                        )
**THE HUMANE SOCIETY OF**               )
**THE UNITED STATES,**                  )
                                        )
        Plaintiff,          )      Civ. No. 07-623  (CKK)
                                        )
    v.                               )
                                        )
**AMAZON.COM, INC., ET AL.,**           )
                                        )
        Defendants.        )
_____)

### AFFIDAVIT OF SERVICE AS TO DEFENDANT DOWD PUBLISHERS

I hereby declare that the Summons and Complaint filed in the Superior Court of the District of Columbia on February 8, 2007 in the matter *The Humane Society of the United States v. Amazon.com, Inc., et al.*, Civ. No. 2007-CA-000925-B was served on Defendant Dowd Publishers by personal service on March 11, 2007. The Affidavit of Service by Process Server is attached as Exhibit A. Defendants filed their Notice of Removal prior to Plaintiff's filing of this Affidavit of Service in the Superior Court of the District of Columbia.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

April 9, 2007                           Respectfully submitted,


                                        ___/s/_____
                                        Ethan Carson Eddy (D.C. Bar No. 496406)
*Of Counsel:*                           Jonathan R. Lovvorn (D.C. Bar No. 461163)
                                        THE HUMANE SOCIETY OF THE UNITED STATES
Stuart Philip Ross                      2100 L Street, N.W.
ROSS, DIXON & BELL, LLP                 Washington, D.C. 20037
2001 K Street, N.W.                     (202) 676-2329
Washington, D.C. 20006                  (202) 778-6132 (fax)
(202) 662-2000                          eeddy@hsus.org

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of April 2007, I directed that true and correct copies of the foregoing Affidavit of Service as to Defendant Dowd Publishers be served electronically to all counsel who receive filings through the Court's electronic filing system, and by first class-mail postage pre-paid upon all others, as follows:

Laura R. Handman
Constance M. Pendleton
Davis Wright Tremaine LLP
1500 K Street, N.W., Suite 450
Washington, D.C. 20005-1272

*Attorneys for Defendant Amazon.com, Inc.*

Donna M. Crowe
Bradley Arant Rose & White LLP
1133 Connecticut Avenue, N.W., 12th Floor
Washington, D.C. 20036

*Attorney for Defendant Magazine Express, Inc.*

Ali A. Beydoun
Carr Maloney P.C.
1615 L Street, N.W., Suite 500
Washington, D.C. 20036

*Attorney for Defendant Marburger Publishing Co., Inc.*

Robin W. Grover
Law Office of Robin W. Grover
1747 Pennsylvania Avenue, N.W., Suite 1000
Washington, D.C. 20006

*Attorney for Defendant Dowd Publishers*

John Doe d/b/a Underground Pitbull Breeders Association

John Doe d/b/a StreetheatDVD.com


___/s/_____
Ethan Carson Eddy

2

# Exhibit A to Plaintiff's Affidavit of Service as to Defendant Dowd Publishers

# Civ. No. 07-0623 (CKK)

# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

## CIVIL DIVISION

Plaintiff(s)                                    )
Humane Society of the United States    )
vs.                                             ) ) Civil Action No. 00925-07
Dowd Publishers dba Feathered Warrier )
                                                )
Defendant(s)                                  )

## AFFIDAVIT OF SERVICE BY PROCESS SERVER

I, Kimberly A. Bailey , having been duly authorized to make service of the Summons, Complaint and Initial Order in the above entitled case, hereby depose and say:

That my age and date of birth are as follows: 34, 6-10-72

That my residential or business address is: 1990 Hwy 24 Horatio ARK, 71842

That at 9:10 o'clock am/pm on the 11 day of March

[✓] I served the above named defendant(s) (personally) Dowd Publishers – VERa Dowd (defendant's name) a copy of the Summons, Complaint and Initial Order at 1812 Hwy 70-71 East DeQueen ARK, 71842

[ ] I served the above named defendant (s) (defendant's name) by leaving a copy of the Summons, Complaint and Initial Order at his/her place of abode or business at

with a person of approximately years of age, who stated that he/she resides therein with the defendant.

**If return receipt does not purport to be signed by the party named in the Summons, then state specific facts from which the Courts can determine that the person who signed the receipt meets the appropriate qualifications for receipt of process as required by SCR. Civ. 4 (e) (2).**

SPECIFIC FACTS:

Kimberly A Bailey
Signature

Subscribed and sworn to before me this 15 day of March , 2007

Sandra Kay Foster
Deputy    Clerk/Notary    Public

SANDRA KAY FOSTER
MY COMM. EXP.
NOTARY
PUBLIC
05-18-2015
PULASKI CO., ARKANSAS