UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| THE HUMANE SOCIETY OF THE UNITED STATES | : | |
| | : | |
| Plaintiff | : | |
| | : | |
| vs. | : | Civil No. 07-0623 (CKK) |
| | : | |
| AMAZON.COM., INC., *ET AL.*, | : | |
| | : | |
| Defendants | : | |

**MOTION BY SPECIALLY APPEARING DEFENDANT MARBURGER PUBLISHING CO., INC., TO SHORTEN TIME FOR ANY OPPOSITION TO DEFENDANT MARBURGER'S MOITON FOR LEAVE TO CONDUCT DEPOSITION OF EILEEN WISOR ON ISSUES RELATED TO MARBURGER'S INTENDED MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION**

Defendant Marburger Publishing Co., Inc. (Marburger), specially appearing by counsel, and without waiving personal jurisdiction, hereby respectfully requests that this Court issue an Order shortening the time for Plaintiff Humane Society of the United States (HSUS or Plaintiff) to file any Opposition to Defendant Marburger's Motion for Leave under Federal Rule of Civil Procedure 30(a)(2)(C) to Conduct a Deposition of Eileen Wisor that was filed in this Court on April 13, 2007. Ms. Wisor is a member of Plaintiff and appears to be the sole subscriber in the District of Columbia to Marburger's publication at issue in this action.

Specifically, Defendant Marburger requests that this Court issue an Order requiring that any Opposition to Defendant Marburger's Motion for Leave be filed with this Court no later than April 18, 2007. Additionally, because of the May 4, 2007

deadline for the filing of responsive pleadings by the defendants, Defendant Marburger respectfully requests that if the Defendant's Motion for Leave is granted, that the deposition of Eileen Wisor a/k/a Eileen Escudero Wisor, Eileen M. Wisor, Eileen Escudero, and/or Eileen Marie Wisor (Ms. Wisor) take place within five (5) days of the Court issuing its Order.

Currently, this Court has set May 4, 2007 as the deadline for Defendants to file their responsive pleadings. In order for Defendant Marburger to prepare its timely responsive pleading challenging Plaintiff HSUS' claims that this Court has personal jurisdiction over Defendant Marburger, the deposition of Ms. Wisor will need to be taken quickly. To expedite the taking of the deposition, Plaintiff was contacted and asked to enter a stipulation for the taking of Ms. Wisor's deposition. On April 13, 2007, the Plaintiff stated that it would not be unable to enter a stipulated agreement regarding Ms. Wisor's deposition. Defendant Marburger filed its Motion for Leave on the same day.

Under these circumstances, and without shortening the time for a response, LCvR 7 of the Local Rules for the United States District Court for the District of Columbia would allow Plaintiff HSUS eleven (11) days, or until April 24, 2007, to file its opposition to Defendant's Motion for Leave. A further time restriction set by LCvR 30.1 sets a potential deposition for a date not earlier than April 30, 2007. This schedule is unworkable for Defendant Marburger and does not allow sufficient time to prepare its defense to Plaintiff's assertion that this Court has personal Jurisdiction over Defendant Marburger. It is thus crucial to Defendant Marburger's ability to prepare its motion to dismiss for lack of personal jurisdiction that this Court set a deadline of April 18, 2007 for any opposition to Defendant's Motion for Leave.

Defendant Marburger has given notice and conferred several times with Plaintiff HSUS regarding its intention to depose Ms. Wisor.  Plaintiff's counsel has already stated that they will be representing Ms. Wisor for purposes of the deposition, so there is no issue as to her ability to obtain counsel.  The parties have discussed grounds and Defendant Marburger's need for Ms. Wisor's deposition.  The parties have also discussed Defendant Marburger's intention to file responsive pleadings and motions contesting this Court's personal jurisdiction over Defendant Marburger.  Plaintiff has been put on notice that Defendant Marburger would be moving this Court for leave to conduct Ms. Wisor's deposition.  Therefore, there is no issue of surprise or lack of notice to Plaintiff, and the requested schedule will not prejudice Plaintiff or any other party.  Given that the parties have already been conferring on this matter, and balancing the quickly approaching timelines and pressures currently in place, the expedited time frame set in this Motion to Shorten Time should be deemed as reasonable and necessary.

WHEREFORE, for the reasons stated herein, Defendant Marburger requests that this Court issue an Order requiring that any Opposition to Defendant Marburger's Motion for Leave be filed with this Court no later than April 18, 2007.  Additionally, because of the approach May 4, 2007 deadline for the filing of responsive pleadings, Defendant Marburger respectfully requests that if the Defendant's Motion for Leave is granted, that the deposition of Ms. Wisor take place within five (5) days of the Court issuing its Order.

Respectfully submitted,

CARR MALONEY P.C.

/s/ Ali A. Beydoun
Ali A. Beydoun #475413
1615 L Street, N.W.
Suite 500
Washington, D.C.  20036
202-310-5500
202-310-5555 - fax
aab@carrmaloney.com
Attorney for Defendant
Marburger Publishing Co., Inc.

**CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that a copy of the foregoing was served electronically, this 13th day of April, 2007 to:

  Ethan Carson Eddy
  Jonathan R. Lovvorn
  The Humane Society of the United States
  2100 L Street, N.W.
  Washington, D.C. 20037

  Stuart Philip Ross
  Alexei M. Silverman
  Ross, Dixon & Bell, LLP
  2001 K Street, N.W.
  Washington, D.C. 20006

  Donna M. Crowe
  Bradley Arant Rose & White LLP
  1133 Connecticut Avenue, N.W., 12th Floor
  Washington, D.C. 20036

  Michael S. Denniston
  Bradley Arant Rose & White LLP
  1819 Fifth Avenue North
  Birmingham, Alabama 35213

  Constance M. Pendleton
  1500 K Street, N.W.
  Suite 450
  Washington, D.C. 20005

  Dowd Publishers d/b/a
  The Feathered Warrior
  1812 Hwy 7-71 East
  DeQueen, AR 71832

  Mark Pollot, Esquire
  mpollot@cableone.net

  John Doe d/b/a Underground Pitbull
  Breeders Association
  John Doe d/b/a StreetheatDVD.com

          /s/ Ali A. Beydoun_____
          Ali A. Beydoun

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| THE HUMANE SOCIETY OF THE UNITED STATES | : | |
| Plaintiff | : | |
| vs. | : | Civil No. 07-0623 (CKK) |
| AMAZON.COM., INC., *ET AL.*, | : | |
| Defendants | : | |

## **ORDER**

Upon consideration of the Specially Appearing Defendant Marburger Publishing Co., Inc.'s (Marburger) Motion to Shorten Time for Any Opposition to Defendant Marburger's Motion for Leave to Conduct a Deposition of Eileen Wisor in the above-captioned action, and any Opposition thereto, it is this _____ day of _____, 2007, hereby

ORDERED that the Defendant Marburger's Motion is hereby GRANTED; it is

FURTHER ORDERED that any Opposition to Defendant Marburger's Motion for Leave to Conduct a Deposition of Eileen Wisor must be filed with this Court no later than April 18, 2007.

SO ORDERED.

_____
Honorable Colleen Kollar-Kotelly

Copies to:

Ali A. Beydoun
Carr Maloney P.C.
1615 L Street, N.W.
Suite 500
Washington, D.C. 20036

Ethan Carson Eddy
Jonathan R. Lovvorn
The Humane Society of the United States
2100 L Street, N.W.
Washington, D.C. 20037

Stuart Philip Ross
Alexei M. Silverman
Ross, Dixon & Bell, LLP
2001 K Street, N.W.
Washington, D.C. 20006

Donna M. Crowe
Bradley Arant Rose & White LLP
1133 Connecticut Avenue, N.W., 12th Floor
Washington, D.C. 20036

Michael S. Denniston
Bradley Arant Rose & White LLP
1819 Fifth Avenue North
Birmingham, Alabama 35213

Constance M. Pendleton
1500 K Street, N.W.
Suite 450
Washington, D.C. 20005

Dowd Publishers d/b/a
The Feathered Warrior
1812 Hwy 7-71 East
DeQueen, AR 71832

Mark Pollot
mpollot@cableone.net

John Doe d/b/a Underground Pitbull Breeders Association

John Doe d/b/a StreetheatDVD.com