IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE HUMANE SOCIETY OF THE UNITED STATES, <br><br> Plaintiff, <br><br> v. <br><br> AMAZON.COM, INC., ET AL., <br><br> Defendants. | Civ. No. 07-623 (CKK) |

**PLAINTIFF'S OPPOSITION TO DEFENDANT MARBURGER'S EMERGENCY MOTION TO SHORTEN TIME FOR PLAINTIFF TO RESPOND TO MARBURGER'S MOTION FOR LEAVE TO CONDUCT DEPOSITION**

Having said and done nothing during the last five weeks since service of the Complaint to address their purported need for early, pre-answer discovery in this case, Defendant Marburger Publishing d/b/a The Gamecock ("Gamecock") has now filed a "Motion for Leave Under Federal Rule of Civil Procedure 30(a)(2)(C) To Conduct Deposition," as well as an "Emergency" motion to shorten the time for Plaintiff to respond to Gamecock's motion to just three working days.[1]  Gamecock's attempt to transform its own delay into some kind of emergency for the Court and the Plaintiffs should not be countenanced.

During the last five weeks, counsel for Gamecock has conferred with Plaintiff's counsel twice for the purpose of obtaining Plaintiff's consent for an extension of time to file a responsive pleading, and without raising any issue concerning pre-answer discovery.  Instead, counsel waited until *after* the parties agreed to a briefing schedule for any responsive pleading and/or

---

[1] Although Gamecock represented in its emergency motion that Plaintiff would have until April 24, 2007 to respond, Plaintiff's response would actually be due on April 27, 2007.  *See* Fed. R. Civ. P. 6(e), 5(b)(2)(D) (adding three days to eleven-day time limit where service is effected by electronic means only).

1

motion to dismiss, and *after* they had submitted that schedule to the Court, to notify Plaintiff of Gamecock's desire to conduct discovery before the conference required by Fed. R. Civ. P. 26(f). Had counsel raised this issue in a timely manner, the parties could have built time into the proposed schedule presented to the Court for briefing concerning the proposed pre-answer discovery, and thus spared the Court from Gamecock's needless emergency motion.

Nevertheless, Plaintiff is willing to expedite preparation of its response to the Rule 30(a)(2)(C) motion in order to accommodate Gamecock's self-imposed emergency, and file its response on or before Monday, April 23, 2007. Plaintiff requires this minimal amount of time to discuss the motion with the proposed deponent and ascertain whether she desires to retain additional counsel, and to confer with her and/or her counsel as to Plaintiff's response to the motion. If these matters are resolved sooner than expected, Plaintiff will file its opposition before Monday, April 23, 2007.[2]

For these reasons, Gamecock's emergency motion to shorten the time for Plaintiff's response to its Rule 30(a)(2)(C) motion should be denied.

April 16, 2007

---

[2] If counsel for Gamecock had conferred with counsel for Plaintiff before filing an emergency motion to shorten time – as required by Local Rule 7(m) – Plaintiffs would have made clear their willingness to expedite their response memorandum despite the claimed emergency being one of Gamecock's own making.

Respectfully submitted,


\_\_\_/s/_____
Ethan Carson Eddy (D.C. Bar No. 496406)
Jonathan R. Lovvorn (D.C. Bar No. 461163)
THE HUMANE SOCIETY OF THE UNITED STATES
2100 L Street, N.W.
Washington, D.C. 20037
(202) 676-2329
(202) 778-6132 (fax)
eeddy@hsus.org


*Of Counsel:*

Stuart Philip Ross
ROSS, DIXON & BELL, LLP
2001 K Street, N.W.
Washington, D.C. 20006
(202) 662-2000

3

**CERTIFICATE OF SERVICE**

 I hereby certify that on this 16th day of April 2007, I directed that true and correct copies of the foregoing Plaintiff's Opposition to Defendant Marburger's Emergency Motion to Shorten Time to Respond be served electronically to all counsel who receive filings through the Court's electronic filing system, and by first class-mail postage pre-paid upon all others:

  Laura R. Handman
  Constance M. Pendleton
  Davis Wright Tremaine LLP
  1500 K Street, N.W., Suite 450
  Washington, D.C. 20005-1272

  *Attorneys for Defendant Amazon.com, Inc.*

  Donna M. Crowe
  Bradley Arant Rose & White LLP
  1133 Connecticut Avenue, N.W., 12th Floor
  Washington, D.C. 20036

  *Attorney for Defendant Magazine Express, Inc.*

  Ali A. Beydoun
  Carr Maloney P.C.
  1615 L Street, N.W., Suite 500
  Washington, D.C. 20036

  *Attorney for Defendant Marburger Publishing Co., Inc.*

  Robin W. Grover
  Law Office of Robin W. Grover
  1747 Pennsylvania Avenue, N.W., Suite 1000
  Washington, D.C. 20006

  *Attorney for Defendant Dowd Publishers*

  John Doe d/b/a Underground Pitbull Breeders Association

  John Doe d/b/a StreetheatDVD.com


  __/s/_____
  Ethan Carson Eddy