IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

---------------------------------------------------------x
                                                         )
THE HUMANE SOCIETY OF                                    )
THE UNITED STATES,                                       )
                                                         )
        Plaintiff,                                      )
                                                         )
   v.                                                  )   Civ. No. 07-623 (CKK)
                                                         )
AMAZON.COM, INC., ET AL.,                                )
                                                         )
        Defendants.                                     )
                                                         )
---------------------------------------------------------x

**MAGAZINE EXPRESS, INC.'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Local Civil Rule 7.1, I, the undersigned counsel of record for Defendant Magazine Express, Inc., certify that to the best of my knowledge and belief, Magazine Express, Inc. and its parent companies, subsidiaries or affiliates are privately held companies and have no outstanding securities in the hands of the public.

Dated: April 24, 2007

                                                 Respectfully submitted,

                                                 BRADLEY ARANT ROSE & WHITE LLP

                                                 By: /s/
                                                     Donna M. Crowe (D.C. Bar No. 481946)
                                                     1133 Connecticut Avenue, N.W., 12th Floor
                                                     Washington, D.C. 20036
                                                     (202) 719-8212

                                               *Attorneys for Defendant Magazine Express Inc.*

OF COUNSEL:

Michael S. Denniston
Bradley Arant Rose & White LLP
1819 Fifth Avenue North
Birmingham, AL  35213
(205) 521-8244

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of April 2007, I directed that true and correct copies of the foregoing Magazine Express, Inc.'s Corporate Disclosure Statement be served electronically to all counsel who receive filings through the Court's electronic filing system, and by first class mail, postage pre-paid, upon all others, as follows:

>Ethan Carson Eddy
>Jonathan R. Lovvorn
>The Humane Society of the United States
>2100 L Street, N.W.
>Washington, D.C. 20037
>*Attorneys for Plaintiff The Humane Society of*
>*the United States*
>
>Stuart Philip Ross
>Alexei M. Silverman
>Ross, Dixon & Bell, LLP
>2001 K Street, N.W.
>Washington, D.C. 20006-1040
>*Attorneys for Plaintiff The Humane Society of*
>*the United States*
>
>Laura R. Handman
>Constance M. Pendleton
>1919 Pennsylvania Avenue, N.W.  Suite 200
>Washington, D.C. 20005-1272
>*Attorneys for Defendant Amazon.com, Inc.*
>
>Ali A. Beydoun
>Carr Maloney P.C.
>1615 L Street, N.W., Suite 500
>Washington, D.C. 20036
>*Attorneys for Defendant Marburger Publishing Co., Inc.*
>
>Robin W. Grover
>Law Office of Robin W. Grover
>1747 Pennsylvania Avenue, N.W., Suite 1000
>Washington, D.C. 2006
>*Attorneys for Defendant Dowd Publishers*

1/1570386.1

John Doe d/b/a Underground Pitbull Breeders Association

John Doe d/b/a StreetheatDVD.com

        /s/ Donna M. Crowe
        Donna M. Crowe

1/1570386.1