IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

```
-----------------------------------------------------x
                                                      )
THE HUMANE SOCIETY OF                                 )
THE UNITED STATES,                                    )
                                                      )
                Plaintiff,                            )
                                                      )
    v.                                                )    Civ. No. 07-623 (CKK)
                                                      )
AMAZON.COM, INC., ET AL.,                             )    MOTION FOR ADMISSION
                                                      )    PRO HAC VICE
                Defendants.                           )
                                                      )
-----------------------------------------------------x
```

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.2(d) of the United States District Court for the District of Columbia, Donna M. Crowe moves this Court to allow the admission of Michael S. Denniston, an attorney with the law firm of Bradley Arant Rose & White LLP, whose declaration in support of this motion is annexed hereto, to appear *pro hac vice* in the captioned proceeding as co-counsel, along with the undersigned, for Magazine Express, Inc.

Dated: April 25, 2007

Respectfully submitted,

\_\_/s/ Donna M. Crowe_____
Donna M. Crowe (D.C. Bar No. 481946)
Bradley Arant Rose & White, LLP
1133 Connecticut Avenue, N.W., 12th Floor
Washington, D.C. 20036
Telephone:   202-719-8212
Facsimile:    202-347-1684

*Attorney for Magazine Express, Inc.*

1/1572312.1

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of April 2007, I directed that true and correct copies of the foregoing Motion for Admission Pro Hac Vice of Michael S. Denniston be served electronically to all counsel who receive filings through the Court's electronic filing system, and by first class mail, postage pre-paid, upon all others, as follows:

Ethan Carson Eddy
Jonathan R. Lovvorn
The Humane Society of the United States
2100 L Street, N.W.
Washington, D.C. 20037
*Attorneys for Plaintiff The Humane Society of
the United States*

Stuart Philip Ross
Alexei M. Silverman
Ross, Dixon & Bell, LLP
2001 K Street, N.W.
Washington, D.C. 20006-1040
*Attorneys for Plaintiff The Humane Society of
the United States*

Laura R. Handman
Constance M. Pendleton
1919 Pennsylvania Avenue, N.W.  Suite 200
Washington, D.C. 20005-1272
*Attorneys for Defendant Amazon.com, Inc.*

Ali A. Beydoun
Carr Maloney P.C.
1615 L Street, N.W., Suite 500
Washington, D.C. 20036
*Attorneys for Defendant Marburger Publishing Co., Inc.*

Robin W. Grover
Law Office of Robin W. Grover
1747 Pennsylvania Avenue, N.W., Suite 1000
Washington, D.C. 2006
*Attorneys for Defendant Dowd Publishers*

John Doe d/b/a Underground Pitbull
Breeders Association

John Doe d/b/a StreetheatDVD.com

                                                   /s/Donna M. Crowe
                                                 Donna M. Crowe

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

---------------------------------------------------x
                                                   )
THE HUMANE SOCIETY OF                              )
THE UNITED STATES,                                 )
                                                   )
                                                   )
             Plaintiff,                            )
                                                   )
     v.                                            )   Civ. No. 07-623 (CKK)
                                                   )
AMAZON.COM, INC., ET AL.,                          )   DECLARATION OF
                                                   )   MICHAEL S. DENNISTON
             Defendants.                           )
                                                   )
---------------------------------------------------x

## DECLARATION OF MICHAEL S. DENNISTON

Michael S. Denniston declares as follows:

1. I am Michael S. Denniston, and I am over the age of 18 and fully competent to make this Declaration.

2. I submit this declaration in support of the motion for my admission *pro hac vice* in the above-captioned matter.

3. I am a partner with the law firm Bradley Arant Rose & White, LLP. My office is located at 1819 Fifth Avenue North, Birmingham, Alabama 35203. My telephone number is (205) 521-8244.

4. I have been admitted to the following bars: the Bar of the State of Alabama, Bar of the United States Court of Appeals for the Eleventh Circuit, and the Bars of the United States District Courts of the Northern, Middle, and Southern Districts of Alabama.

5. I am presently in good standing in all the bars to which I have been admitted, and no disciplinary action has been filed against me.

6. Within the last two years, I have not applied to be admitted *pro hac vice* in this Court.

7. My office is not located in the District of Columbia, and I am not a member of the District of Columbia Bar.

1/1572318.1

- 2 -

8.  I declare under the penalty of perjury that the foregoing is true and correct.

Dated: April 23, 2007

                                          *[signature]*
Michael S. Denniston
(Alabama Bar No. asb-6906-o45m)
Bradley Arant Rose & White LLP
1819 Fifth Avenue North
Birmingham, Alabama 35203
Telephone:   205-521-8244
Facsimile:    205-488-6244

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division**

-------------------------------------------------------x
                                                                   )

THE HUMANE SOCIETY OF      )
THE UNITED STATES,            )
                                               )
              **Plaintiff,**        )
                                             )
  v.                                 )        Civ. No. 07-623 (CKK)
                                           )
AMAZON.COM, INC., ET AL.,    )        **ORDER**
             **Defendants.**    )
                                           )
-------------------------------------------------------x

## **ORDER**

UPON CONSIDERATION of Donna M. Crowe's Motion for Admission Pro Hac Vice of Michael S. Denniston, and the attachment thereto, it is hereby

ORDERED that the Motion is GRANTED and that Michael S. Denniston is admitted in this Court to appear *pro hac vice* as co-counsel for Magazine Express, Inc.

IT IS SO ORDERED.

This \_\_\_\_ day of April, 2007.

                                                                    _____
                                                                   Hon. Colleen Kollar-Kotelly, U.S.D.J.

CC:    Donna M. Crowe
           Bradley Arant Rose & White LLP
           1133 Connecticut Avenue, N.W., 12th Floor
           Washington, D.C. 20036
           *Attorney for Defendant Magazine Express, Inc.*

           Ethan Carson Eddy
           Jonathan R. Lovvorn
           The Humane Society of the United States
           2100 L Street, N.W.
           Washington, D.C. 20037
           *Attorneys for Plaintiff The Humane Society of
           the United States*

Stuart Philip Ross
Alexei M. Silverman
Ross, Dixon & Bell, LLP
2001 K Street, N.W.
Washington, D.C. 20006-1040
*Attorneys for Plaintiff The Humane Society of
the United States*

Laura R. Handman
Constance M. Pendleton
1919 Pennsylvania Avenue, N.W.  Suite 200
Washington, D.C. 20005-1272
*Attorneys for Defendant Amazon.com, Inc.*

Ali A. Beydoun
Carr Maloney P.C.
1615 L Street, N.W., Suite 500
Washington, D.C. 20036
*Attorneys for Defendant Marburger Publishing Co., Inc.*

Robin W. Grover
Law Office of Robin W. Grover
1747 Pennsylvania Avenue, N.W., Suite 1000
Washington, D.C. 2006
*Attorneys for Defendant Dowd Publishers*