UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE HUMANE SOCIETY OF THE UNITED STATES,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC., *et al.*,<br><br>Defendants. | Civil Action No. 07–623 (CKK) |

**ORDER**
(May 1, 2007)

Based on the reasoning set forth in an accompanying Memorandum Opinion, it is, this 1st day of May, 2007, hereby

ORDERED that Defendant Marburger's [14] "Motion by Specially Appearing Defendant Marburger Publishing Co., Inc. For Leave Under Federal Rule of Civil Procedure 30(a)(2)(C) to Conduct Deposition of Eileen Wisor on Issues Related to Marburger's Intended Motion to Dismiss for Lack of Personal Jurisdiction" is DENIED; it is also

ORDERED that Defendant Marburger's [15] "Motion by Specially Appearing Defendant Marburger Publishing Co., Inc., to Shorten Time for Any Opposition to Defendant Marburger's Moiton [sic] for Leave to Conduct Deposition of Eileen Wisor on Issues Related to Marburger's Intended Motion to Dismiss for Lack of Personal Jurisdiction" is DENIED AS MOOT.

SO ORDERED.

                                                /s/
                                             COLLEEN KOLLAR-KOTELLY
                                             United States District Judge