IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

---------------------------------------------------------x
                                                        )
**THE HUMANE SOCIETY OF**                               )
**THE UNITED STATES,**                                  )
                                                        )
       Plaintiff,       )   Case No. 07-0623 (CKK)
                                                        )
  v.                                             )
                                                        )
**AMAZON.COM, INC., ET AL.,**                           )
                                                        )
       Defendants.      )
                                                        )
---------------------------------------------------------x

**MOTION TO EXCEED PAGE LIMIT
AND POINTS AND AUTHORITIES IN SUPPORT**

    Defendant Amazon.com, Inc. ("Amazon'), by counsel, respectfully moves this Court for permission to exceed the 45-page limit contained in L.Cv.R. 7(e) with respect to its Memorandum of Points and Authorities in Support of Amazon's Motion to Dismiss the Complaint in this action. The Motion to Dismiss is due May 4, 2007. Pursuant to L.Cv.R. 7(m), counsel for Amazon has conferred with counsel for Plaintiff The Humane Society of the United States ("HSUS") and HSUS takes no position on this motion.

    Because of the complexity of this case and the multiplicity of procedural and substantive issues raised by the Complaint, Amazon cannot fully respond to the Complaint, including authority and argument in support of its motion, in 45 pages. Amazon requests permission to exceed the 45-page limit by five pages. Amazon's Memorandum of Points and Authorities in Support of its Motion to Dismiss will consist of 50 pages, excluding declarations, exhibits and attachments.

    HSUS's Complaint asserts seven counts: Count I – violation of the federal Depiction of Animal Cruelty statute, 18 U.S.C. § 48(a), Compl. ¶¶ 113-117; Count II – violation of the federal Animal Welfare Act, 7 U.S.C. § 2156(c), Compl. ¶¶ 118-122; Count III – violations of the

1

District of Columbia Cruelty to Animals Statute, D.C. Code § 22-1015, Compl. ¶¶ 125-26; Count IV – violation of the Consumer Protection Procedure Act ("CPPA"), D.C. Code Ann. 28-3904, 28-3905, based on material misrepresentations, Compl. ¶ 131; Count V – violation of the CPPA based on failure to state a material fact, Compl. ¶ 135; Count VI – violation of the CPPA based on District of Columbia conspiracy law, D.C. Code § 22-1805a, Compl. ¶¶ 139-40; and Count VII – engaging in trade practices in violation of federal conspiracy law, 18 U.S.C. § 371, Compl. ¶¶ 144-45.  HSUS seeks, *inter alia*, injunctive and declaratory relief and treble damages.

The numerous procedural and substantive issues that Amazon must address include the absence of a private cause of action, HSUS's lack of Article III and prudential standing, Amazon's immunity under Section 230 of the Communications Decency Act of 1996, 47 U.S.C. § 230, distributor liability defenses and, most importantly, First Amendment concerns, including constitutional prohibitions on the sort of prior restraints HSUS seeks here to ban the sale of magazines and videos.

WHEREFORE, Amazon respectfully requests that this Court enter an order granting this Consent Motion to exceed the page limit in L.Cv.R. 7(e) by five pages and directing the Clerk to accept for filing Amazon's Motion to Dismiss and Memorandum of Points and Authorities in Support.

Dated:  May 3, 2007

                                                Respectfully submitted,

                                                DAVIS WRIGHT TREMAINE LLP

                                                _____/s/_____
                                                Laura R. Handman (D.C. Bar No. 444386)
                                                laurahandman@dwt.com
                                                Constance M. Pendleton (D.C. Bar No. 456919)
                                                conniependleton@dwt.com
                                                1919 Pennsylvania Avenue, N.W., Suite 200
                                                Washington, D.C. 20006-3402
                                                (202) 973-4200; fax: (202) 973-4499

                                                Attorneys for Defendant Amazon.com, Inc.

Of Counsel:

David A. Zapolsky, Esq.
Vice President & Associate General Counsel
Litigation & Regulatory
Amazon.com, Inc.
P.O. Box 81226
Seattle, WA 98108-1226
206-266-1323
206-266-7010 fax