IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

```
---------------------------------------------------x
                                    )
THE HUMANE SOCIETY OF               )
THE UNITED STATES,                  )
                                    )
              Plaintiff,            )    Case No. 07-0623 (CKK)
                                    )
    v.                              )
                                    )
AMAZON.COM, INC., ET AL.,           )
                                    )
              Defendants.           )
                                    )
---------------------------------------------------x
```

## MOTION TO ADMIT JENNIFER LENGA LONG, ESQUIRE, *PRO HAC VICE*

COMES NOW, Constance M. Pendleton, an attorney admitted to the Bar of this Court and in good standing, and respectfully moves for the admission of Jennifer Lenga Long, Esq., *pro hac vice*, as counsel for defendant Amazon.com, Inc. ("Amazon") in this proceeding. As grounds therefore, movant states:

1.    Ms. Lenga Long is a member in good standing of the Bar of the State of Washington. She is also admitted to practice before the U.S. Court of Appeals for the Fourth and Ninth Circuits.

2.    Ms. Lenga Long is an experienced attorney and litigator, and she is a chosen representative of defendant Amazon.

3.    Ms. Lenga Long is not currently and has never previously been the subject of any disciplinary action by any state or federal bar association or administrative agency.

4.    Movant is satisfied that Ms. Lenga Long possesses the character and skills required of a member of the Bar of this Court.

WHEREFORE, Movant requests admission of Jennifer Lenga Long, Esq., *pro hac vice* as representative of Defendant Amazon.com, Inc. in this proceeding.

DATED this 4th day of May, 2007.

Respectfully submitted,

_____/s/_____
Constance M. Pendleton
D.C. Bar No. 456919
DAVIS WRIGHT TREMAINE LLP
1919 Pennsylvania Avenue, N.W.
Suite 200
Washington, D.C. 20006-3402
(202) 973-4200 (phone)
(202) 973-4499 (fax)

Counsel for Defendant Amazon.com, Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

```
-------------------------------------------------x
                                                  )
THE HUMANE SOCIETY OF                             )
THE UNITED STATES,                                )
                                                  )
              Plaintiff,                          )      Case No. 07-0623 (CKK)
                                                  )
    v.                                            )
                                                  )
AMAZON.COM, INC., ET AL.,                         )
                                                  )
              Defendants.                         )
                                                  )
-------------------------------------------------x
```

## MEMORANDUM IN SUPPORT OF MOTION TO ADMIT
## JENNIFER LENGA LONG, ESQUIRE, *PRO HAC VICE*

In support of her Motion to Admit Jennifer Lenga Long, Esquire, *Pro Hac Vice*, movant respectfully cites Rule 83.2 of the Local Rules of this Court.

DATED this 4th day of May, 2007.

Respectfully submitted,

_____/s/_____
Constance M. Pendleton
D.C. Bar No. 456919
DAVIS WRIGHT TREMAINE LLP
1919 Pennsylvania Avenue, N.W.
Suite 200
Washington, D.C. 20006-3402
(202) 973-4200 (phone)
(202) 973-4499 (fax)

Counsel for Defendant Amazon.com, Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

```
-----------------------------------------------x
                                               )
THE HUMANE SOCIETY OF                          )
THE UNITED STATES,                             )
                                               )
              Plaintiff,                        )          Case No. 07-0623 (CKK)
                                               )
       v.                                       )
                                               )
AMAZON.COM, INC., ET AL.,                       )
                                               )
              Defendants.                        )
                                               )
-----------------------------------------------x
```

## DECLARATION OF JENNIFER LENGA LONG

I, Jennifer Lenga Long, declare as follows:

1.     I am a member of the law of firm of Davis Wright Tremaine LLP, resident in their offices at 2600 Century Square, 1501 Fourth Avenue, Seattle, WA 98101-1688, (206) 633-3150.

2.     I am a member in good standing of the bar of the State of Washington.  I have been admitted to the bars of the Fourth and Ninth Circuits.

3.     I am not and have never previously been the subject of any disciplinary action by any state or federal bar association or administrative agency.

4.     I have not been previously admitted *pro hac vice* to the Bar of this Court.

5.     I am an experienced attorney and litigator, and am a chosen representative of defendant Amazon.com, Inc.

6.      I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed at Seattle, Washington this 4th day of May, 2007

Jennifer Lenga Long