UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE HUMANE SOCIETY OF THE UNITED STATES : <br> : <br> Plaintiff : <br> : <br> vs. : <br> : <br> AMAZON.COM., INC., *ET AL.*, : <br> : <br> Defendants : | Civil No. 07-0623 (CKK) |

## ENTRY OF APPEARANCE

The Clerk of the Court will please enter the appearance of Barry Fisher, Esquire as co-counsel for Defendants, Marburger Publishing Company, Inc.

        Respectfully submitted,

        CARR MALONEY P.C.


        /s/ Ali A. Beydoun
        Barry Fisher #D00208
        Ali A. Beydoun #475413
        1615 L Street, N.W.
        Suite 500
        Washington, D.C. 20036
        202-310-5500
        202-310-5555 - fax
        aab@carrmaloney.com
        Attorneys for Defendant
        Marburger Publishing Co., Inc.

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that a copy of the foregoing was served electronically, this 4th day of May, 2007 to:

    Ethan Carson Eddy
    Jonathan R. Lovvorn
    The Humane Society of the United States
    2100 L Street, N.W.
    Washington, D.C. 20037

    Stuart Philip Ross
    Alexei M. Silverman
    Ross, Dixon & Bell, LLP
    2001 K Street, N.W.
    Washington, D.C. 20006

    Donna M. Crowe
    Bradley Arant Rose & White LLP
    1133 Connecticut Avenue, N.W., 12th Floor
    Washington, D.C. 20036

    Michael S. Denniston
    Bradley Arant Rose & White LLP
    1819 Fifth Avenue North
    Birmingham, Alabama 35213

    Constance M. Pendleton
    1500 K Street, N.W., Suite 450
    Washington, D.C. 20005

    Dowd Publishers d/b/a
    The Feathered Warrior
    1812 Hwy 7-71 East
    DeQueen, AR 71832

    Mark Pollot, Esquire
    mpollot@cableone.net

    John Doe d/b/a Underground Pitbull
    Breeders Association

    John Doe d/b/a StreetheatDVD.com

                           /s/ Ali A. Beydoun_____
                              Ali A. Beydoun