IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

---

|  |  |  |
|---|---|---|
| THE HUMANE SOCIETY OF THE UNITED STATES, | ) ) ) | Civ. No. 07-623 (CKK) |
| Plaintiff, | ) ) ) | MAGAZINE EXPRESS, INC.'S |
| v. | ) ) | MOTION TO DISMISS |
| AMAZON.COM, INC., ET AL., Defendants. | ) ) ) ) | ORAL ARGUMENT REQUESTED |

---

**MAGAZINE EXPRESS, INC.'S MOTION TO DISMISS**

Defendant, Magazine Express, Inc. ("Magazine Express"), by counsel, moves this Court, pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, to dismiss the Complaint filed by plaintiff, The Humane Society of the United States, in its entirety, with prejudice. As grounds for this motion, Magazine Express states that this Court lacks jurisdiction over the subject matter alleged in the Complaint, and that the Complaint, and each and every count of the Complaint, fails to state a claim against Magazine Express upon which relief can be granted. In addition, Magazine Express incorporates by this reference and joins in the motion to dismiss contemporaneously filed by defendant Amazon.com, Inc.

As further support for this motion, Magazine Express relies on the Memorandum of Points and Authorities in Support of Magazine Express, Inc.'s Motion to Dismiss that it contemporaneously has filed. Magazine Express also incorporates by this reference and joins in the Memorandum of Points and Authorities in Support of Amazon's Motion to Dismiss that co-

- 2 -

defendant Amazon.com, Inc. contemporaneously has filed in this action, together with all exhibits to that memorandum or the underlying motion.

Dated: May 4, 2007

                                      Respectfully submitted,

                                       /s/ Donna M. Crowe
                                     Donna M. Crowe (D.C. Bar No. 481946)
                                     Bradley Arant Rose & White, LLP
                                     1133 Connecticut Avenue, N.W., 12th Floor
                                     Washington, D.C. 20036
                                     Telephone:    202-719-8212
                                     Facsimile:     202-347-1684

                                     *Attorney for Magazine Express, Inc.*

OF COUNSEL:

Michael S. Denniston
Alabama Bar No. asb-6906-o45m
*Admitted Pro Hac Vice*
Bradley Arant Rose & White LLP
1819 Fifth Avenue North
Birmingham, AL 35213
(205) 521-8244

**CERTIFICATE OF SERVICE**

I hereby certify that on this 4th day of May 2007, I directed that true and correct copies of the foregoing Magazine Express, Inc.'s Motion to Dismiss be served electronically to all counsel who receive filings through the Court's electronic filing system, and by first class mail, postage pre-paid, upon all others, as follows:

Ethan Carson Eddy
Jonathan R. Lovvorn
The Humane Society of the United States
2100 L Street, N.W.
Washington, D.C. 20037
*Attorneys for Plaintiff The Humane Society of the United States*

Stuart Philip Ross
Alexei M. Silverman
Ross, Dixon & Bell, LLP
2001 K Street, N.W.
Washington, D.C. 20006-1040
*Attorneys for Plaintiff The Humane Society of the United States*

Laura R. Handman
Constance M. Pendleton
1919 Pennsylvania Avenue, N.W.  Suite 200
Washington, D.C. 20005-1272
*Attorneys for Defendant Amazon.com, Inc.*

Ali A. Beydoun
Carr Maloney P.C.
1615 L Street, N.W., Suite 500
Washington, D.C. 20036
*Attorneys for Defendant Marburger Publishing Co., Inc.*

Robin W. Grover
Law Office of Robin W. Grover
1747 Pennsylvania Avenue, N.W., Suite 1000
Washington, D.C. 2006
*Attorneys for Defendant Dowd Publishers*

John Doe d/b/a Underground Pitbull
Breeders Association

John Doe d/b/a StreetheatDVD.com

                                                 __/s/Donna M. Crowe
                                                 Donna M. Crowe

- 4 -