IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

-------------------------------------------------x
)
THE HUMANE SOCIETY OF )
THE UNITED STATES, )
)
         Plaintiff, )   Case No. 07-0623 (CKK)
)
v. )
)
AMAZON.COM, INC., ET AL., )
)
         Defendants. )
)
-------------------------------------------------x

### SUPPLEMENTAL DECLARATION OF JENNIFER LENGA LONG

I, Jennifer Lenga Long, declare as follows:

1. I am an associate with the law of firm of Davis Wright Tremaine LLP, resident in their offices at 2600 Century Square, 1501 Fourth Avenue, Seattle, WA 98101-1688, (206) 633-3150.

2. I make this declaration to supplement my May 4, 2007 Declaration in support of the Motion to Admit Jennifer Lenga Long, Esquire Pro Hac Vice, filed May 4, 2007.

3. I have read and am familiar with this Court's Local Rules and the April 10, 2007 amendments thereto.

6. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed at Seattle, Washington this 7th day of May, 2007

                                                                     _____
                                                                       Jennifer Lenga Long

SEA 2004004v1 0051461-000031