IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

---------------------------------------------------------x
                                                         )
THE HUMANE SOCIETY OF                                    )
THE UNITED STATES,                                       )
                                                         )
        Plaintiff,                                      )
                                                         )
  v.                                                     )   Civ. No. 07-623 (CKK)
                                                         )
AMAZON.COM, INC., ET AL.,                                )   NOTICE OF DECLARATION
                                                         )   AND CERTIFICATION OF
                                                         )   MICHAEL S. DENNISTON
        Defendants.                                     )
                                                         )
---------------------------------------------------------x

**NOTICE OF DECLARATION AND CERTIFICATION**
**OF MICHAEL S. DENNISTON**

Pursuant to the Minute Entry Order entered by the Court on April 25, 2007, granting the Motion of Michael S. Denniston for Leave to Appear Pro Hac Vice, pending certification to the Court that Mr. Denniston is familiar with the Local Rules of this Court, attached herewith is the Declaration and Certification of Michael S. Denniston.

Dated: May 7, 2007

                                                   Respectfully submitted,

                                                   /s/ Donna M. Crowe
                                                  Donna M. Crowe (D.C. Bar No. 481946)
                                                  Bradley Arant Rose & White LLP
                                                  1133 Connecticut Ave., N.W., 12th Floor
                                                  Washington, D.C. 20036
                                                  Telephone:   202-719-8212
                                                  Facsimile:    202-347-1684

                                                  *Attorney for Magazine Express, Inc.*

5/6812.1

Case 1:07-cv-00623-CKK    Document 34    Filed 05/07/2007    Page 2 of 3

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of May 2007, I directed that true and correct copies of the foregoing Notice of Declaration and Certification of Michael S. Denniston be served electronically to all counsel who receive filings through the Court's electronic filing system, and by first class mail, postage pre-paid, upon all others, as follows:

>Ethan Carson Eddy
>Jonathan R. Lovvorn
>The Humane Society of the United States
>2100 L Street, N.W.
>Washington, D.C. 20037
>*Attorneys for Plaintiff The Humane Society of the United States*
>
>Stuart Philip Ross
>Alexei M. Silverman
>Ross, Dixon & Bell, LLP
>2001 K Street, N.W.
>Washington, D.C. 20006-1040
>*Attorneys for Plaintiff The Humane Society of the United States*
>
>Laura R. Handman
>Constance M. Pendleton
>1919 Pennsylvania Avenue, N.W.  Suite 200
>Washington, D.C. 20005-1272
>*Attorneys for Defendant Amazon.com, Inc.*
>
>Ali A. Beydoun
>Carr Maloney P.C.
>1615 L Street, N.W., Suite 500
>Washington, D.C. 20036
>*Attorneys for Defendant Marburger Publishing Co., Inc.*
>
>Robin W. Grover
>Law Office of Robin W. Grover
>1747 Pennsylvania Avenue, N.W., Suite 1000
>Washington, D.C. 2006
>*Attorneys for Defendant Dowd Publishers*
>
>John Doe d/b/a Underground Pitbull

5/6812.1

    Breeders Association

    John Doe d/b/a StreetheatDVD.com

                                                  /s/Donna M. Crowe
                                                Donna M. Crowe

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

---

THE HUMANE SOCIETY OF
THE UNITED STATES,

    Plaintiff,

v.

AMAZON.COM, INC., ET AL.,

    Defendants.

---

Civ. No. 07-623 (CKK)

DECLARATION AND
CERTIFICATION OF
MICHAEL S. DENNISTON

## DECLARATION AND CERTIFICATION OF MICHAEL S. DENNISTON

1. In response to the Minute Entry Order entered by the Court on April 25, 2007, granting the Motion of Michael S. Denniston for Leave to Appear Pro Hac Vice [19], pending certification to the Court that Mr. Denniston is familiar with the Local Rules of this Court, I, Michael S. Denniston, hereby certify that I am familiar with the Local Rules of this Court.

2. I declare under the penalty of perjury that the foregoing is true and correct.

Dated: May 2, 2007

*[Signature]*

Michael S. Denniston
(Alabama Bar No. asb-6906-o45m)
Bradley Arant Rose & White LLP
1819 Fifth Avenue North
Birmingham, Alabama 35203
Telephone:   205-521-8244
Facsimile:    205-488-6244

1/1575378.1