UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| THE HUMANE SOCIETY OF THE UNITED STATES | : : : | |
| Plaintiff | : : | |
| vs. | : : | Civil No. 07-0623 (CKK) |
| AMAZON.COM., INC., *ET AL.*, | : : : | |
| Defendants | : : | |

**DEFENDANT MARBURGER PUBLISHING CO., INC.'S
RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Certificate required by LCvR 7.1 of the Local Rules of the United States District Court for the District of Columbia.

I, the undersigned, counsel of record for Marburger Publishing Co., Inc., certify that to the best of my knowledge and belief, Marburger Publishing Co., Inc. has no publicly held parent corporation or subsidiaries.

These representations are made in order that judges of this Court may determine the need for recusal.

Attorneys of record for Marburger Publishing Co., Inc.

Respectfully submitted,

FLEISHMAN & FISHER


/s/ Barry A. Fisher
Barry A. Fisher #D00208
Fleishman & Fisher
1875 Century Park East suite 2130
Los Angeles, California 90067
310-557-1077
310-612-8003 – fax
bfisher557@aol.com


**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing was served electronically, this 1st day of June, 2007 to:

Ethan Carson Eddy
Jonathan R. Lovvorn
The Humane Society of the United States
2100 L Street, N.W.
Washington, D.C.  20037

Stuart Philip Ross
Alexei M. Silverman
Ross, Dixon & Bell, LLP
2001 K Street, N.W.
Washington, D.C.  20006

Donna M. Crowe
Bradley Arant Rose & White LLP
1133 Connecticut Avenue, N.W., 12th Floor
Washington, D.C. 20036

Michael S. Denniston
Bradley Arant Rose & White LLP
1819 Fifth Avenue North
Birmingham, Alabama 35213

Constance M. Pendleton
1500 K Street, N.W.
Suite 450
Washington, D.C.  20005

Dowd Publishers d/b/a
The Feathered Warrior
1812 Hwy 7-71 East
DeQueen, AR  71832

Mark Pollot, Esquire
mpollot@cableone.net

John Doe d/b/a Underground Pitbull
Breeders Association

John Doe d/b/a StreetheatDVD.com


                                                /s/ Barry A. Fisher_____
                                                Barry A. Fisher