IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE HUMANE SOCIETY OF THE UNITED STATES, ) ) ) ) Plaintiff, ) ) v. ) ) AMAZON.COM, INC., ET AL., ) ) Defendants. ) ) | Civ. No. 07-623 (CKK) |

## NOTICE OF FILING AMENDED COMPLAINT

Plaintiff hereby notifies the Court and the parties of Plaintiff's filing of an Amended Complaint in light of Congress' recent enactment of the Animal Fighting Prohibition Enforcement Act of 2007. This new felony statute, signed into law on May 3, 2007 and effective immediately, expressly prohibits Defendants' ongoing shipment and sale of illegal animal fighting materials in interstate commerce. Pub. L. No. 110-22, § 3 (2007) (adding "commercial speech" language to 7 U.S.C. § 2156(c)); *see also* 110 CONG. REC. E656 (daily ed. Mar. 28, 2007) (statement of sponsor that new "commercial speech" provision "prohibits the websites and the magazines where fighting animals are advertised for sale. These publications are commercial speech, and also clearly promote animal fighting").

In addition, since this action was filed, New Mexico has enacted a ban on cockfighting, making it the 49th State to enact such a statewide measure. S.B. 10, 2007 Leg., Reg. Sess. (N.M. 2007) (enacted). Finally, in May, 2007, both houses of the Louisiana legislature passed a bill to ban cockfighting. S.B. 39, 2007 Leg., Reg. Sess. (La. 2007); H.B. 108, 2007 Leg., Reg. Sess.

(La. 2007). Once that legislation is signed by the governor and becomes effective, animal fighting will be illegal everywhere in the United States.

In order to minimize amendments to the pleadings, Plaintiff originally intended to file its Amended Complaint after the Louisiana cockfighting ban went into effect, but it now appears that this will not happen until after existing briefing deadlines on the pending motions to dismiss have passed. Accordingly, and since none of the Defendants in this action have answered Plaintiff's original Complaint, Plaintiff is now amending its complaint pursuant to Fed. R. Civ. P. 15(a). *See Bowden v. U.S.*, 176 F.3d 552, 555 (D.C. Cir. 1999) (affirming that for purposes of Fed. R. Civ. P. 15(a), where defendant has "filed only a motion to dismiss," that "is not considered a responsive pleading," and plaintiff is entitled to amend as of right).

June 6, 2007

                                                              Respectfully submitted,

                                                              /s/
                                        Ethan Carson Eddy (D.C. Bar No. 496406)
                                        Jonathan R. Lovvorn (D.C. Bar No. 461163)
                                        THE HUMANE SOCIETY OF THE UNITED STATES
                                        2100 L Street, N.W.
                                        Washington, D.C. 20037
                                        (202) 676-2329
                                        (202) 778-6132 (fax)
                                        eeddy@hsus.org

*Of Counsel:*

Stuart Philip Ross (D.C. Bar No. 031658)
ROSS, DIXON & BELL, LLP
2001 K Street, N.W.
Washington, D.C. 20006
(202) 662-2000

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of June 2007, I directed that true and correct copies of the foregoing *Notice of Filing Amended Complaint* be served electronically to all counsel who receive filings through the Court's electronic filing system, and by first class-mail postage pre-paid upon all others, as follows:

Laura R. Handman
Constance M. Pendleton
Davis Wright Tremaine LLP
1500 K Street, N.W., Suite 450
Washington, D.C. 20005-1272

*Attorneys for Defendant Amazon.com, Inc.*

Donna M. Crowe
Bradley Arant Rose & White LLP
1133 Connecticut Avenue, N.W., 12th Floor
Washington, D.C. 20036

*Attorney for Defendant Magazine Express, Inc.*

Ali A. Beydoun
Carr Maloney P.C.
1615 L Street, N.W., Suite 500
Washington, D.C. 20036

*Attorney for Defendant Marburger Publishing Co., Inc.*

Robin W. Grover
Law Office of Robin W. Grover
1747 Pennsylvania Avenue, N.W., Suite 1000
Washington, D.C. 20006

*Attorney for Defendant Dowd Publishers*

John Doe d/b/a Underground Pitbull Breeders Association
John Doe d/b/a StreetheatDVD.com

__/s/_____
Ethan Carson Eddy