IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **THE HUMANE SOCIETY OF THE UNITED STATES,** | ) ) ) ) | |
| Plaintiff, | ) ) | Civ. No. 07-623 (CKK) |
| v. | ) ) | |
| **AMAZON.COM, INC., ET AL.,** | ) ) ) | |
| Defendants. | ) ) | |

**CONSENT MOTION TO VACATE THE COURT'S MINUTE ENTRY ORDER DATED APRIL 11, 2007 SETTING FORTH BRIEFING SCHEDULE ON THE MOTIONS TO DISMISS, AND FOR AN EXTENSION OF TIME**

Plaintiff The Humane Society of the United States, with the consent of all named Defendants in this action, moves this Court for an order vacating the minute entry Order entered by the Court on April 11, 2007, and entering a new briefing schedule as set forth below. The Court's April 11, 2007 minute entry Order had established the following briefing schedule:

> Defendants shall have until and including May 4, 2007, to answer or otherwise respond to the complaint; if Defendants move to dismiss the complaint, Plaintiffs shall have until and including June 19, 2007, to file an opposition; and Defendants shall have until and including July 16, 2007, to file a reply.

Order (Apr. 11, 2007). Plaintiff filed its first Amended Complaint as of right, before any of the Defendants filed an answer, on June 6, 2007, thus superseding the dates reflected in the Court's April 11, 2007 minute order.

Plaintiff therefore moves the Court, with the consent of all Defendants, for an order extending the time by which Defendants must answer or otherwise respond to the Amended Complaint, and the time by which the parties must file any oppositions and reply motions thereto as follows:

- Defendants must answer or otherwise respond to the Amended Complaint on or before **July 18, 2007**;

- Plaintiff must file and serve its opposition, in the event Defendants move to dismiss the Amended Complaint, on or before **August 17, 2007**;

- Defendants must file and serve their replies, in the event Defendants move to dismiss the Amended Complaint, on or before **September 7, 2007**.

Pursuant to Local Civil Rule 7(m), counsel for Plaintiff certifies that he has conferred with counsel for all Defendants and has obtained all Defendants' consent to the filing of this motion.

WHEREFORE, Plaintiff respectfully requests the entry of an order vacating the existing briefing schedule on the motions to dismiss, and extending the time by which Defendants must answer or otherwise respond to the Amended Complaint, and the time by which the parties must file any oppositions and reply motions thereto, and the time by which the parties must submit as set forth above.

June 12, 2007

Respectfully submitted,

___/s/_____
Ethan Carson Eddy (D.C. Bar No. 496406)
Jonathan R. Lovvorn (D.C. Bar No. 461163)
THE HUMANE SOCIETY OF THE UNITED STATES
2100 L Street, N.W.
Washington, D.C. 20037
(202) 676-2329
(202) 778-6132 (fax)
eeddy@hsus.org

*Of Counsel:*

Stuart Philip Ross (D.C. Bar No. 031658)
ROSS, DIXON & BELL, LLP
2001 K Street, N.W.
Washington, D.C. 20006
(202) 662-2000