IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **THE HUMANE SOCIETY OF THE UNITED STATES,** ) ) ) ) | |
| Plaintiff, ) ) | Civ. No. 07-623 (CKK) |
| v. ) ) | |
| **AMAZON.COM, INC., ET AL.,** ) ) | |
| Defendants. ) ) | |

**PLAINTIFF'S UNOPPOSED MOTION TO EXCEED PAGE LIMIT**

Plaintiff respectfully moves this Court for permission to file a single consolidated brief opposing all four Defendants' motions to dismiss, which would exceed the forty-five page limit contained in Local Civil Rule 7(e) for a single "memorandum of points and authorities . . . in opposition to a motion," by thirty pages, for a total of one seventy-five page brief. Plaintiff's brief in opposition to Defendants' motions to dismiss is due August 17, 2007.

Plaintiff believes that Local Civil Rule 7(e) entitles it to forty-five pages in response to each motion, *see* Local Civ. R. 7(e) (allowing forty-five pages for "[a] memorandum of points and authorities . . . in opposition to *a* motion") (emphasis added), but nonetheless moves this Court for leave to file a single consolidated opposition memorandum in light of Local Civil Rule 7(e), which states that "[d]ocuments that fail to comply with this provision shall not be filed by the Clerk." *Id.*

Pursuant to Local Civil Rule 7(m), counsel for Plaintiffs has conferred with counsel for all Defendants, who state that Defendants either consent to or do not oppose this Motion.

WHEREFORE, Plaintiff respectfully requests that this Court enter an order granting this Consent Motion and permitting Plaintiff to file a single consolidated opposition memorandum to Defendants' motions to dismiss that exceeds the page limit in Local Civil Rule 7(e) by thirty pages.

August 10, 2007

                                  Respectfully submitted,

                                  ___/s/_____
                                  Ethan Carson Eddy (D.C. Bar No. 496406)
                                  Jonathan R. Lovvorn (D.C. Bar No. 461163)
                                  THE HUMANE SOCIETY OF THE UNITED STATES
                                  2100 L Street, N.W.
                                  Washington, D.C. 20037
                                  (202) 676-2329
                                  (202) 778-6132 (fax)
                                  eeddy@hsus.org

*Of Counsel:*

Stuart Philip Ross (D.C. Bar No. 031658)
ROSS, DIXON & BELL, LLP
2001 K Street, N.W.
Washington, D.C. 20006
(202) 662-2000