IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

---

| | |
|---|---|
| THE HUMANE SOCIETY OF THE UNITED STATES, | )<br>)<br>) |
| Plaintiff, | ) Case No. 07-0623 (CKK) |
| v. | ) |
| AMAZON.COM, INC., ET AL., | ) |
| Defendants. | ) |

---

**DEFENDANT AMAZON'S CONSENT MOTION TO EXCEED PAGE LIMIT
AND POINTS AND AUTHORITIES IN SUPPORT**

Defendant Amazon.com ("Amazon") respectfully moves this Court for permission to file an expanded reply memorandum in response to plaintiff Humane Society of the United States ("HSUS") 75-page consolidated opposition, which would exceed the twenty-five page limit provided in Local Civil Rule 7(e) by fifteen pages, for a total of forty pages. Defendant Amazon's memorandum in reply to plaintiff's opposition to Amazon's motion to dismiss is due September 7, 2007. Amazon seeks the additional pages because HSUS's seven count, 44-page Amended Complaint and 75-page opposition raise a multitude of distinct legal arguments and defenses both substantive and procedural.

Pursuant to Local Rule 7(m), counsel for Amazon has conferred with counsel for HSUS and obtained plaintiff's consent to this Motion.

WHEREFORE Amazon respectfully requests that this Court enter an order granting this consent motion and permitting Amazon to file a reply memorandum to Plaintiff's opposition to

1

Amazon's motion to dismiss that exceeds the page limit in Local Civil Rule 7(e) by fifteen pages.

September 5, 2007

Respectfully submitted,

DAVIS WRIGHT TREMAINE LLP

    Constance M. Pendleton   /s/
Laura R. Handman (D.C. Bar No. 444386)
laurahandman@dwt.com
Constance M. Pendleton (D.C. Bar No. 456919)
conniependleton@dwt.com
1919 Pennsylvania Avenue, N.W., Suite 200
Washington, DC 20006-3402
(202) 973-4200; fax: (202) 973-4499

Jennifer Lenga Long (admitted *pro hac vice*)
jenniferlengalong@dwt.com
Davis Wright Tremaine LLP
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
(206) 622-3150; fax: (206) 757-7700

Attorneys for Defendant Amazon.com, Inc.

Of Counsel:

David A. Zapolsky, Esq.
Vice President & Assoc. Gen. Counsel
Litigation & Regulatory
Amazon.com, Inc.
P.O. Box 81226
Seattle, WA 98108-1226
(206) 266-1323, fax: (206) 266-7010