IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | | |
|---|---|---|
| HUMANE SOCIETY OF THE UNITED STATES, | ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 07-0623 (CKK)<br><br>MOTION TO EXTEND TIME TO FILE REPLY MEMORANDA IN SUPPORT OF SECOND MOTIONS TO DISMISS |
| Plaintiff, | | |
| vs. | | |
| AMAZON.COM, INC., et al., | | |
| Defendants | | |

**MOTION AND MEMORANDUM**

Defendant Dowd Publishers hereby moves this Court for an Order extending the time for Defendants Dowd Publishers and Marburger Publishing Co., Inc. ("Marburger Publishing") to file their Reply Memoranda in Support of their respective second Motions to Dismiss the above-entitled action with prejudice to Thursday, September 13, 2007. This motion is made on the grounds that the attorney with the primary responsibility for preparing the Reply Memorandum for filing on behalf of Defendant Dowd Publishers, Mark L. Pollot, was ill for several days beginning on or about August 29, returning to the office on Wednesday, September 5, 2007. His illness interfered with his ability to complete the memorandum in time to meet the current filing deadline; extension of the deadline to Marburger Publishing would enable them to cross-reference filings and would be consistent with prior motions setting the court's schedule.

On Wednesday, September 5, Mr. Pollot contacted all parties by e-mail asking all parties whether they would object to such an extension of time. Counsel for all parties, including

Plaintiff Humane Society of the United States ("HSUS"), indicated that counsel for Dowd Publishers could represent to the court that they did not oppose the extension of time. Defendant Marburger Publishing, in responding to Dowd's request, asked that the motion request that the same extension of time apply to it. This has been the case with previous motions pertaining to schedules and enables Defendants to cross-reference their submissions. Mr. Pollot contacted counsel for Plaintiff requesting his consent to extending the time to reply to defendants. Counsel for HSUS indicated that: 1) he consents to the requested extension to Thursday, September 13, 2007 for Dowd Publishers; and, 2) he takes no position on extending the filing date to Thursday, September 13, 2007 for other defendants.

Now, therefore, in view of the foregoing, Defendant Dowd Publishers respectfully requests that this Court enter an order extending time for the filing of Reply Memoranda for defendants Dowd Publishers and Marburger Publishing to Thursday, September 13, 2007.

Respectfully submitted this 7th day of September, 2007

_____/s/_____

ROBIN W. GROVER
DC Bar No. 366865
Law Office of Robin W. Grover
1747 Pennsylvania Avenue, N.W.
Suite 1000
Washington, D.C. 20006
Tel. No.: (202) 302-1653
Fax No.: (703) 684-2973
Email: RGrover716@aol.com

Attorneys for Defendant
Dowd Publishers